ORIGINAL

1  LARY ALAN RAPPAPORT, SBN 87614
       bdeixler@proskauer.com
2  CLIFFORD S. DAVIDSON, SBN 246119
       cdavidson@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA 90067-3206
   Telephone:  (310) 557-2900
5  Facsimile:  (310) 557-2193

6  Attorneys for Defendant
   BERT H. DEIXLER

FILED
08 APR 28 PM 1:17
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FAXED

'08 CV 736 W JMA

| | |
|---|---|
| KEVIN VANGINDEREN, | Case No. |
| Plaintiff, | BERT H DEIXLER'S JOINDER IN DEFENDANT CORNELL UNIVERSITY'S NOTICE OF REMOVAL OF CIVIL ACTION FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO, SOUTH COUNTY DIVISION |
| v. | |
| CORNELL UNIVERSITY, BERT DEIXLER, | |
| Defendants. | |
| | Hon. |
| | (San Diego Superior Court, South County Division Case No. 37-2008-00069807-CU-DF-SC) |
| | [Notice of Removal and Declaration of Clifford S. Davidson filed concurrently] |
| | Action Filed: April 8, 2008 |

8085/21177-001 Current/11089856v2

1  Defendant Bert H. Deixler hereby joins in co-defendant Cornell University's
2  Notice of Removal of Civil Action from the Superior Court of the State of
3  California for the County of San Diego, South County Division, filed on April 28,
4  2008 in the above-captioned action.

DATED: April 28, 2008

LARY ALAN RAPPAPORT
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

_____
Clifford S. Davidson

Attorneys for Defendant
BERT H. DEIXLER