ORIGINAL

| | |
|---|---|
| 1 | NELSON E. ROTH, SBN 67350 |
|   |     ner3@cornell.edu |
| 2 | CORNELL UNIVERSITY |
|   | 300 CCC Building |
| 3 | Garden Avenue |
|   | Ithaca, New York 14853-2601 |
| 4 | Telephone:  (607)255-5124 |
|   | Facsimile:   (607)255-2794 |

FILED
08 APR 28 PM 1:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

6 BERT H. DEIXLER, SBN 70614
    bdeixler@proskauer.com
7 CLIFFORD S. DAVIDSON, SBN 246119
    cdavidson@proskauer.com
8 PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
9 Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
10 Facsimile:   (310) 557-2193

11 Attorneys for Defendant,
CORNELL UNIVERSITY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FAXED

KEVIN VANGINDEREN,

        Plaintiff,

        v.

CORNELL UNIVERSITY, BERT DEIXLER,

        Defendants.

Case No. '08 CV 736 W JMA

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

8085/21177-001
Current/11079180v1

| | |
|---|---|
| 1 | |
| 2 | Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2 of the United States District Court for the Southern District of California, the undersigned, counsel for defendant Cornell University ("Defendant"), certifies that as of this date: (1) Defendant has no parent company; and (2) no publicly held company owns 10 percent of Defendant's stock. |

DATED: April 28, 2008

NELSON E. ROTH
CORNELL UNIVERSITY

BERT H. DEIXLER
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

*/s/ Clifford S. Davidson*
Clifford S. Davidson

Attorneys for Defendant,
CORNELL UNIVERSITY

1

8085/21177-001 Current/11079180v1