ORIGINAL

1  NELSON E. ROTH, SBN 67350
       ner3@cornell.edu
2  CORNELL UNIVERSITY
   300 CCC Building
3  Garden Avenue
   Ithaca, New York 14853-2601
4  Telephone:   (607)255-5124
   Facsimile:   (607)255-2794
5
   BERT H. DEIXLER, SBN 70614
6      bdeixler@proskauer.com
   CLIFFORD S. DAVIDSON, SBN 246119
7      cdavidson@proskauer.com
   PROSKAUER ROSE LLP
8  2049 Century Park East, 32nd Floor
   Los Angeles, CA 90067-3206
9  Telephone:   (310) 557-2900
   Facsimile:   (310) 557-2193
10
   Attorneys for Defendant,
11 CORNELL UNIVERSITY

FILED
08 APR 28 PM 1: 20
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FAXED

| | |
|---|---|
| KEVIN VANGINDEREN, | Case No. '08 CV 736 W JMA |
| Plaintiff, | PROOF OF SERVICE |
| v. | Hon. |
| CORNELL UNIVERSITY, BERT DEIXLER | |
| Defendants. | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |
| 4 | I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206. |
| 6 | On April 28, 2008, I served the foregoing documents, described as: |
| 7 | 1. CIVIL COVER SHEET; |
| 8-9 | 2. NOTICE OF REMOVAL OF CIVIL ACTION FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO, SOUTH COUNTY DIVISION; |
| 10-11 | 3. DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF CORNELL'S NOTICE OF REMOVAL; |
| 12-13 | 4. BERT H DEIXLER'S JOINDER IN DEFENDANT CORNELL UNIVERSITY'S NOTICE OF REMOVAL OF CIVIL ACTION FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO, SOUTH COUNTY DIVISION; |
| 14 | 5. NOTICE OF RELATED CASE; and |
| 15 | 6. NOTICE OF PARTY WITH FINANCIAL INTEREST |
| 16-17 | ☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows: |
| 18-19 | Kevin Vanginderen<br>637 3rd Avenue, Suite E-1<br>Chula Vista, CA 91910 |
| 20-21 | ☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to |
| 22-24 | ☐ (By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 25 | ☐ (By Personal Service) |
| 26 | ☐ By personally delivering such envelope to the addressee. |
| 27 | ☐ By causing such envelope to be delivered by messenger to the office of the addressee. |
| 28 | |

| | |
|---|---|
| 1 | ☒   By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service. |
| 2 | |
| 3 | ☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 4 | Executed on April 28, 2008, at Los Angeles, California. |

       Ivania Munguia
      Type or Print Name                   Signature