AO 458 (Rev. 5/85) Appearance

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

CASE NUMBER: 3:08-cv-00736-W-JMA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
CORNELL UNIVERSITY and BERT DEIXLER

I certify that I am admitted to practice in this court.

April 29, 2008
Date

Signature

Clifford S. Davidson
Print Name          Bar Number 246119

2049 Century Park East, 32nd Floor
Address

Los Angeles    California    90067-3206
City           State         Zip Code

(310) 557-2900     (310) 557-2193
Phone Number       Fax Number

AO-458