AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

**APPEARANCE**

VANGINDEREN v. CORNELL UNIVERSITY et al.

Case Number: 3:08-cv-00736-W-JMA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The defendant CORNELL UNIVERSITY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/29/2008 | /s/ Nelson E. Roth |
| Date | Signature |
| | Nelson E. Roth — SBN 67350 |
| | Print Name — Bar Number |
| | Office of University Counsel, 300 CCC Bldg., Garden Ave. |
| | Address |
| | Ithaca — NY — 14853-2601 |
| | City — State — Zip Code |
| | (607) 255-5124 — (607) 255-2794 |
| | Phone Number — Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KEVIN VANGINDEREN,

                        Plaintiff,

v.

CORNELL UNIVERSITY et al.,

                        Defendants.

Index No. 3:08-CV-00736
W-JMA

**CERTIFICATION OF SERVICE BY CM/ECF & U.S. MAIL**

NELSON E. ROTH, does hereby declare, under penalty of perjury, that I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, and that a copy was sent by United States mail to:

Mr. Kevin Vanginderen
637 3rd Avenue, Suite E-1
Chula Vista, CA 91910

    I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on April 29, 2008.

                                          NELSON E. ROTH (SBN 67350)