AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>    SOUTHERN    </u> DISTRICT OF <u>CALIFORNIA                              </u>

**APPEARANCE**

CASE NUMBER: 3:08-cv-00736-W-JMA

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
BERT DEIXLER

I certify that I am admitted to practice in this court.

<u>April 29, 2008             </u>
Date

*Signature*

<u>Lary Alan Rappaport                </u>
Print Name        Bar Number  87614

<u>2049 Century Park East, 32nd Floor </u>
Address

<u>Los Angeles      California    90067-3206</u>
City              State           Zip Code

<u>(310) 557-2900         (310) 557-2193    </u>
Phone Number                    Fax Number

AO-458