1  Nelson E. Roth, SBN 67350
       ner3@cornell.edu
2  CORNELL UNIVERSITY
   300 CCC Building
3  Garden Avenue
   Ithaca, New York 14853-2601
4  Telephone:    (607)255-5124
   Facsimile:    (607)255-2794
5
   Bert H. Deixler, SBN 70614
6       e-mail: bdeixler@proskauer.com
   Clifford S. Davidson, SBN 246119
7       e-mail: cdavidson@proskauer.com
   PROSKAUER ROSE LLP
8  2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
9  Telephone:    (310) 557-2900
   Facsimile:    (310) 557-2193
10
   Attorneys for Defendant,
11 CORNELL UNIVERSITY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORNELL UNIVERSITY, BERT DEIXLER,<br><br>　　　　Defendants. | Case No. 08-CV-736-W-JMA<br><br>Hon. Barry T. Moskowitz<br><br>**NOTICE OF CORNELL'S SPECIAL MOTION AND CORNELL'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Memorandum of Points and Authorities, Davidson Declaration and Stanley Declaration filed concurrently]<br><br>Hearing Date: July 3, 2008<br>Time:　　　　11:00 a.m.<br>Place:　　　　Courtroom 15<br><br>Action Filed: April 8, 2008 |

8085/21177-001
Current/11121208v

TO DEFENDANT AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 3, 2008, at 11 a.m., or as soon thereafter as counsel may be heard in the United States District Court for the Southern District of California, Courtroom 15, located at 940 Front Street, San Diego, California 92101, defendant Cornell University ("Cornell") will and hereby does move for an order striking the Complaint of plaintiff Kevin Vanginderen ("Plaintiff") in its entirety, with prejudice and without leave to amend, and, further awarding Cornell its reasonable attorneys' fees and costs incurred in bringing this special motion to strike.

This special motion to strike will be and is made upon the following grounds.

In 2007, Plaintiff sued defendant Cornell University ("Cornell") for defamation and disclosure related to a 1983 newspaper report of Plaintiff's criminal activities (the "2007 Action"). Cornell removed the 2007 Action to this Court. Deixler served as lead counsel in the 2007 Action. In defending Cornell in the 2007 Action, Cornell, through Deixler, submitted to this Court unsealed records that contained Cornell's investigation and report to police of Plaintiff's criminal activities in 1983 (the "Unsealed Records"). Plaintiff now has filed an additional lawsuit against Cornell based on alleged libelous information contained in the Unsealed Records and against Deixler for his role in filing them.

Plaintiff indisputably has filed a "strategic lawsuit against public participation" ("SLAPP") that is barred by the anti-SLAPP statute, California Code of Civil Procedure § 425.16. Because the Complaint is a SLAPP lawsuit, section 425.16(b)(1) and relevant Ninth Circuit authorities require that the Complaint be stricken unless Plaintiff makes a prima facie showing that his claims are legally and factually sufficient. Plaintiff cannot show either because, as set forth in detail in Cornell's accompanying Memorandum of Points and Authorities, both Cornell's report to the police and Cornell's filings to this Court in the 2007 Action are protected by the litigation privilege (Cal. Civ. Code § 47(b)) and the Noerr-

1  Pennington Doctrine. Further, the investigation and report to the police were
2  factually accurate.
3      As the Complaint is a SLAPP lawsuit unsupported by law or fact, Cornell is
4  entitled to recover from Plaintiff Cornell's reasonable attorneys' fees and costs
5  incurred in bringing this special motion to strike, pursuant to California Code of
6  Civil Procedure section 425.16(c) and relevant Ninth Circuit authorities.
7      This special motion to strike will be and is based upon this Notice, the
8  accompanying Memorandum of Points and Authorities; the Declaration of Clifford
9  S. Davidson; the Declaration of Timothy Stanley; the Notice of Bert Deixler's
10 Special Motion and Bert Deixler's Special Motion to Strike Plaintiff's Complaint
11 Pursuant to Section 425.16 of the California Code of Civil Procedure; the
12 Memorandum of Points and Authorities in Support of Bert Deixler's Special Motion
13 to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of
14 Civil Procedure; the records and files in this action; the records and files in related
15 case *Kevin Vanginderen v. Cornell University*, Case No. 07-CV-2045-BTM-JMA
16 pending before this Court; and upon such further oral and documentary evidence as
17 may be presented at or before the hearing on this special motion to strike.

19 DATED: May 5, 2008

Nelson E. Roth
CORNELL UNIVERSITY

Bert H. Deixler
Clifford S. Davidson
PROSKAUER ROSE LLP

/s/ -- Clifford S. Davidson
          Clifford S. Davidson

Attorneys for Defendant,
CORNELL UNIVERSITY