Lary Alan Rappaport, SBN 87614
   e-mail:  bdeixler@proskauer.com
Clifford S. Davidson, SBN 246119
   e-mail:  cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Defendant,
BERT DEIXLER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>    Plaintiff,<br><br>v.<br><br>CORNELL UNIVERSITY, BERT DEIXLER,<br><br>    Defendants. | Case No. 08-CV-736-W-JMA<br><br>Hon. Barry T. Moskowitz<br><br>**NOTICE OF BERT DEIXLER'S SPECIAL MOTION AND BERT DEIXLER'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Memorandum of Points and Authorities, Davidson Declaration and Stanley Declaration filed concurrently]<br><br>Hearing Date: July 3, 2008<br>Time:        11:00 a.m.<br>Place:       Courtroom 15<br><br>Action Filed: April 8, 2008 |

TO DEFENDANT AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 3, 2008, at 11 a.m., or as soon thereafter as counsel may be heard in the United States District Court for the Southern District of California, Courtroom 15, located at 940 Front Street, San Diego, California 92101, defendant Bert Deixler ("Deixler") will and hereby does move for an order striking the Complaint of plaintiff Kevin Vanginderen ("Plaintiff") in its entirety, with prejudice and without leave to amend, and, further awarding Deixler its reasonable attorneys' fees and costs incurred in bringing this special motion to strike.

This special motion to strike will be and is made upon the following grounds.

In 2007, Plaintiff sued defendant Cornell University ("Cornell") for defamation and disclosure related to a 1983 newspaper report of Plaintiff's criminal activities (the "2007 Action"). Cornell removed the 2007 Action to this Court. Deixler served as lead counsel in the 2007 Action. In defending Cornell in the 2007 Action, Cornell, through Deixler, submitted to this Court unsealed records that contained Cornell's investigation and report to police of Plaintiff's criminal activities in 1983 (the "Unsealed Records"). Plaintiff now has filed an additional lawsuit against Cornell based on alleged libelous information contained in the Unsealed Records and against Deixler for his role in filing them.

Plaintiff indisputably has filed a "strategic lawsuit against public participation" ("SLAPP") that is barred by the anti-SLAPP statute, California Code of Civil Procedure § 425.16. Plaintiff's allegations against Deixler arise entirely from his role in submitting the Unsealed Records to this Court. *See* Cal. Code Civ. Pro. § 425.16(e).

Because Plaintiff has filed a SLAPP lawsuit, section 425.16(b)(1) and relevant Ninth Circuit authorities require that the Complaint be stricken unless Plaintiff makes a prima facie showing that his claims are legally and factually sufficient. Plaintiff cannot show either because, as set forth in detail in Deixler's

accompanying Memorandum of Points and Authorities, Deixler's submission of the Unsealed Records to this Court in the 2007 Action is protected by the litigation privilege (Cal. Civ. Code § 47(b)) and the Noerr-Pennington Doctrine.  Further, the contents of the Unsealed Records were factually accurate.

As the Complaint is a SLAPP lawsuit unsupported by law or fact, Cornell is entitled to recover from Plaintiff Cornell's reasonable attorneys' fees and costs incurred in bringing this special motion to strike, pursuant to California Code of Civil Procedure section 425.16(c) and relevant Ninth Circuit authorities.

This special motion to strike will be and is based upon this Notice, the accompanying Memorandum of Points and Authorities; the Declaration of Clifford S. Davidson; the Declaration of Timothy Stanley; the Notice of Cornell's Special Motion and Cornell's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure; the Memorandum of Points and Authorities in Support of Cornell's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure; the records and files in this action; the records and files in related case *Kevin Vanginderen v. Cornell University*, Case No. 07-CV-2045-BTM-JMA pending before this Court; and upon such further oral and documentary evidence as may be presented at or before the hearing on this special motion to strike.

DATED: May 5, 2008

Lary Alan Rappaport
Clifford S. Davidson
PROSKAUER ROSE LLP

/s/ -- Clifford S. Davidson
Clifford S. Davidson

Attorneys for Defendant,
BERT DEIXLER