Bert H. Deixler, SBN 70614
    e-mail: bdeixler@proskauer.com
Clifford S. Davidson, SBN 246119
    e-mail: cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendant,
CORNELL UNIVERSITY

Lary Alan Rappaport, SBN 87614
    e-mail: lrappaport@proskauer.com
Clifford S. Davidson, SBN 246119
    e-mail: cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendant,
BERT DEIXLER

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL UNIVERSITY, BERT DEIXLER,<br><br>Defendants. | Case No. 08-CV-736-W-JMA<br><br>Hon. Barry T. Moskowitz<br><br>**DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF CORNELL'S AND BERT DEIXLER'S SPECIAL MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Special Motions to Strike and Stanley Declaration filed concurrently]<br><br>Hearing Date: July 3, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 15<br><br>Action Filed: April 8, 2008 |

8085/21177-001
Current/11120915v

# DECLARATION OF CLIFFORD S. DAVIDSON

I, Clifford S. Davidson, declare:

1. I am an attorney associated with the law firm Proskauer Rose LLP, attorneys for defendants Cornell University ("Cornell") and Bert Deixler ("Deixler") in the above-captioned action.. I submit this Declaration in support of defendant Cornell University's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure and defendant Bert Deixler's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure. I make this declaration of my own personal knowledge except where otherwise stated, and if called as a witness, I could and would testify competently as set forth below.

2. On November 2, 2007, Cornell, through Deixler, filed unsealed documents from the Ithaca City Court in support of Cornell's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure. Attached collectively hereto as Exhibit A are true and correct copies of certain of those documents as Cornell filed them. Exhibit A includes the accusatory instruments issued against Plaintiff Kevin Vanginderen ("Plaintiff") and Plaintiff's guilty plea in Ithaca City Court.

3. On December 12, 2007, Cornell, through Deixler, filed with this Court (a) a copy of the Tompkins County Court order unsealing the records pertaining to Plaintiff's criminal activities (the "Unsealing Order"); and (b) the unsealed records from the Tompkins County Court, the Tompkins County District Attorney and the Cornell University Department of Public Safety (collectively, the "Unsealed Records"). Attached hereto as Exhibit B are true and correct copies of the Unsealing Order and the Unsealed Records as Cornell filed them.

4. Attached hereto as Exhibit C is a true and correct copy of the *Cornell Chronicle* edition containing a report of Plaintiff's crimes. The relevant report

8085/21177-001
Current/11120915v

1

08cv736

1  appears at Exhibit C, p. 105. The edition is available at
2  ecommons.library.cornell.edu/bitstream/1813/5350/14/014_24.pdf.
3      5.    Attached hereto as Exhibit D is a true and correct copy of Defendant's
4  Memorandum of Points and Authorities in Support of Special Motion to Strike
5  Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil
6  Procedure, filed by Cornell, through Deixler, on November 2, 2007.
7      6.    Attached hereto as Exhibit E is a true and correct copy of Cornell's
8  Reply in Further Support of Special Motion to Strike Plaintiff's Complaint Pursuant
9  to Section 425.16 of the California Code of Civil Procedure, filed by Cornell,
10 through Deixler, on December 14, 2007.
11     7.    Attached hereto as Exhibit F is a true and correct copy of the
12 Declaration of Valerie Cross Dorn in Support of Defendant's Request for Judicial
13 Notice in Support of Special Motion to Strike Plaintiff's Complaint Pursuant to
14 Section 425.16 of the California Code of Civil Procedure, filed by Cornell, through
15 Deixler, on November 2, 2007.
16     8.    Attached hereto as Exhibit G is a true and correct copy of the
17 Declaration of Nelson E. Roth in Support of Defendant's Request for Judicial
18 Notice in Support of Special Motion to Strike Plaintiff's Complaint Pursuant to
19 Section 425.16 of the California Code of Civil Procedure, filed by Cornell, through
20 Deixler, on December 12, 2007.
21
22     I declare under penalty of perjury under the laws of California and the United
23 States of America that the foregoing is true and correct.
24     Executed this 5th day of May, 2008, at Los Angeles, California.
25
26                                         _____
27                                         Clifford S. Davidson
28