1  Bert H. Deixler, SBN 70614
       e-mail: bdeixler@proskauer.com
2  Clifford S. Davidson, SBN 246119
       e-mail: cdavidson@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA 90067-3206
   Telephone:   (310) 557-2900
5  Facsimile:   (310) 557-2193

6  Attorneys for Defendant,
   CORNELL UNIVERSITY
7
   Lary Alan Rappaport, SBN 87614
8      e-mail: lrappaport@proskauer.com
   Clifford S. Davidson, SBN 246119
9      e-mail: cdavidson@proskauer.com
   PROSKAUER ROSE LLP
10 2049 Century Park East, 32nd Floor
   Los Angeles, CA 90067-3206
11 Telephone:   (310) 557-2900
   Facsimile:   (310) 557-2193
12
   Attorneys for Defendant,
13 BERT DEIXLER

14                    UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

16

17 KEVIN VANGINDEREN,                ) Case No. 08-CV-736-W-JMA
                                     )
18              Plaintiff,           ) Hon. Barry T. Moskowitz
                                     )
19       v.                          ) **DECLARATION OF TIMOTHY**
                                     ) **STANLEY IN SUPPORT OF**
20 CORNELL UNIVERSITY, BERT DEIXLER, ) **CORNELL'S AND BERT DEIXLER'S**
                                     ) **SPECIAL MOTIONS TO STRIKE**
21              Defendants.          ) **PLAINTIFF'S COMPLAINT**
                                     ) **PURSUANT TO SECTION 425.16 OF**
22                                   ) **THE CALIFORNIA CODE OF CIVIL**
                                     ) **PROCEDURE**
23                                   )
                                     ) [Per chambers, no oral argument unless
24                                   ) requested by the Court]
                                     )
25                                   ) [Special Motions to Strike and Davidson
                                     ) Declaration filed concurrently]
26                                   )
                                     ) Hearing Date: July 3, 2008
27                                   ) Time:         11:00 a.m.
                                     ) Place:        Courtroom 15
28                                   )
                                     ) Action Filed: April 8, 2008
                                     )

## DECLARATION OF TIMOTHY STANLEY

I, Timothy Stanley, declare:

1. I am CEO and co-founder of Justia.com. I submit this Declaration in support of defendant Cornell University's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure and defendant Bert Deixler's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure. I make this declaration of my own personal knowledge except where otherwise stated, and if called as a witness, I could and would testify competently as set forth below.

2. Justia.com is a website that focuses on making legal information, resources and services easy to find on the Internet. The company provides Internet users with free case law, codes, regulations, legal articles and legal blog databases, as well as community resources. Justia works with educational, public interest and other socially focused organizations to bring legal and consumer information to the online community.

3. As part of Justia.com's aforementioned mission, Justia.com features certain filings in federal court cases. One such district is the Southern District of California. We tend to focus on filings related to electronic information and intellectual property. We find new cases to feature based on keeping track of filings on PACER.

4. Consistent with our focus on cases involving electronic information and intellectual property, we decided to feature the docket of *Vanginderen v. Cornell University,* 07-cv-2045-BTM-JMA (the "2007 Action"). It was our view that the case had important implications for the future of publicly-available works and the extent to which libraries will be willing to circulate information freely.

5. Attached hereto as Exhibit A is a true and correct copy of the Justia.com page covering *Vanginderen v. Cornell University,* 07-cv-2045-BTM-


JMA, as of May 1, 2008. The page is accessible at http://news.justia.com/cases/featured/california/casdce/3:2007cv02045/257249/.

6. I never spoke to anyone from Cornell University or Proskauer Rose LLP – including but not limited to Bert Deixler, Clifford Davidson, Charles Sims, Nelson Roth or Valerie Cross Dorn – about the 2007 Action until I was asked to submit this declaration. Further, I have surveyed Justia.com personnel, who report that they have not discussed the 2007 Action with anyone they know to be affiliated with Cornell University or Proskauer Rose LLP.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 1st day of May, 2008, at Mountain View, California.

_____
Timothy Stanley