# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CORNELL UNIVERSITY,<br>BERT DEIXLER<br><br>　　　　　Defendants. | CASE NO. 08cv00736 BTM(JMA)<br><br>**ORDER RE: PLAINTIFF'S RESPONSE TO REMOVAL** |

　　　Plaintiff has filed a "Response to Defendant's Notice of Removal," in which Plaintiff contends that Deixler was not, as claimed by Defendants, fraudulently joined. If Plaintiff seeks to remand the action, Plaintiff must file a timely motion to remand. A hearing date must be obtained from the Court's law clerk prior to filing any motion.

**IT IS SO ORDERED.**

DATED: May 12, 2008



Honorable Barry Ted Moskowitz
United States District Judge