1  Kevin Vanginderen, Plaintiff Pro Per
   637 Third Ave., Suite E1
2  Chula Vista, CA  91910
   Telephone: (619) 585-7414
3

4

5

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8

9  KEVIN VANGINDEREN,              )   Case No. 08-CV-00736-BTM-JMA
                                   )
10         Plaintiff,               )   Hon. Barry T. Moskowitz
                                   )
11     v.                           )   REQUEST FOR LEAVE TO
                                   )   AMEND COMPLAINTS
12                                  )
   CORNELL UNIVERSITY,             )
13 BERT DEIXLER,                   )
                                   )
14         Defendant.               )
                                   )   Hearing Date: July 3, 2008
15                                  )   Time:         11:00 a.m.
                                   )   Place:        Courtroom 15
16 _____)

17      Whereas, the Plaintiff in the above captioned matter has discovered a transcription error

18 of the dates of the actual tortious activities in the second, third, fifth, sixth, ninth and tenth count

19 of the causes of action in the above matter, he hereby requests leave to amend to substitute the

20 attached causes of action for the originals.  The only changes made are the dates of the torts from

21 both November 2, 2007, and December 12, 2007, to December 14, 2007.

22

23 Dated: June 3, 2008

24                                         _____
                                           Kevin Vanginderen, Plaintiff in pro per
25

26

27

28

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

2nd _(number)_  **CAUSE OF ACTION - Intentional Tort**   Page 5

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

IT-1.  Plaintiff _(name)_: Kevin Vanginderen

alleges that defendant _(name)_: Cornell University and Bert Deixler

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on _(date)_: December 14, 2007,
at _(place)_: United States District Court, Southern District of California and everywhere the Internet is available
_(description of reasons for liability)_:

On March 8, 1983, Barbara Bourne, an employee and agent of the Defendant Cornell University, wrote defamatory and libelous statements about the plaintiff which she communicated to other individuals. A report written by Ms. Bourne on that date alleged that the plaintiff was responsible for fifteen separate crimes although she had never ascertained that fifteen individual crimes had ever occurred, nor did she ever possess a scintilla of evidence that the plainitff was responsible for even half that number of alleged incidents.

On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University republished this report onto the Internet by submitting it to United States District Court, Southern District of California, with the knowledge, intent and purpose that it would immediately appear world wide upon the the Justia.com Web site. The defendants were aware at the time of submission to the court file that the libelous report was both defamatory and inadmissible as evidence.

As a result of the defendants' tortious actions of Libel, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION - Intentional Tort**

Legal Solutions Plus

CCP 425.12

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

| 3rd (number) | CAUSE OF ACTION - Intentional Tort | Page 6 |
|---|---|---|

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

(Use a separate cause of action form for each cause of action.)

IT-1.   Plaintiff (name): Kevin Vanginderen

alleges that defendant (name): Bert Deixler and Cornell University.

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on (date): December 14, 2007
at (place): United States District Court, Southern District of California and everywhere the Internet is available
(description of reasons for liability):

    On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University declared in writing that the Plaintiff was charged in connection with fifteen separate crimes although he had never ascertained that fifteen individual crimes had ever occurred, nor did he ever possess a scintilla of evidence that the plainitff was responsible for even half that number of alleged incidents. Defendant Bert Deixler subsequently republished his libelous statement onto the Internet by submitting it to United States District Court, Southern District of California, with the knowledge, intent and purpose that it would immediately appear world wide upon the the Justia.com Web site.

    As a result of the defendants' tortious actions of Libel, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

___5th___ CAUSE OF ACTION - Intentional Tort                              Page _8_
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.  Plaintiff *(name)*: Kevin Vanginderen

  alleges that defendant *(name)*: Cornell University and Bert Deixler

  [ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: December 14, 2007,
at *(place)*: United States District Court, Southern District of California and everywhere the Internet is available
*(description of reasons for liability)*:

   On March 8, 1983, Barbara Bourne, an employee and agent of the Defendant Cornell University, wrote false statements about the plaintiff that portrayed the plaintiff in a false light which she communicated to other individuals. A report written by Ms. Bourne on that date alleged that the plaintiff was responsible for fifteen separate crimes although she had never ascertained that fifteen individual crimes had ever occurred, nor did she ever possess a scintilla of evidence that the plainitff was responsible for even half that number of alleged incidents.

   On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University republished this report onto the Internet by submitting it to United States District Court, Southern District of California, with the knowledge, intent and purpose that it would immediately appear world wide upon the the Justia.com Web site. The defendants were aware at the time of submission to the court file that the false statements in the report portrayed the plaintiff in a false light and was inadmissible as evidence.

   As a result of the defendants' tortious actions of Placing Plaintiff in False Light, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

__6th__ CAUSE OF ACTION - Intentional Tort   Page __9__
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Kevin Vanginderen

alleges that defendant *(name)*: Bert Deixler and Cornell University

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: December 14, 2007
at *(place)*: United States District Court, Southern District of California and everywhere the Internet is available
*(description of reasons for liability)*:

On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University wrote a false statement about the plaintiff that portrayed the plaintiff in a false light when he declared in writing that the Plaintiff was charged in connection with fifteen separate crimes although he had never ascertained that fifteen individual crimes had ever occurred, nor did he ever possess a scintilla of evidence that the plainitff was responsible for even half that number of alleged incidents. Defendant Bert Deixler subsequently republished his false statement onto the Internet by submitting it to United States District Court, Southern District of California, with the knowledge, intent and purpose that it would immediately appear world wide upon the the Justia.com Web site.

As a result of the defendants' tortious actions of Placing Plaintiff in False Light, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

<u>9th</u> (number)     **CAUSE OF ACTION - Intentional Tort**     Page <u>12</u>

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Kevin Vanginderen

alleges that defendant *(name)*: Cornell University and Bert Deixler

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: December 14, 2007,
at *(place)*: United States District Court, Southern District of California
*(description of reasons for liability)*:

    On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University published previously sealed records pertaining to the plaintiff into a public forum by submitting them to United States District Court, Southern District of California with the knowledge that the majority of these records are inadmissible on grounds of privacy, attorney client privilege, and lack of authenticity and/or relevance.

    As a result of the defendants' tortious actions of Intrusion Into Private Affairs by disclosing private and privileged information dating back over twenty four years, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

Form Approved by the Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION - Intentional Tort**

Legal Solutions Plus

CCP 425.12

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

__10th__  
(number)   **CAUSE OF ACTION - Intentional Tort**   Page __13__

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

(Use a separate cause of action form for each cause of action.)

IT-1. Plaintiff (name): Kevin Vanginderen

alleges that defendant (name): Cornell University and Bert Deixler

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on (date): December 14, 2007,
at (place): United States District Court, Southern District of California and everywhere the Internet is available
(description of reasons for liability):

On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University republished previously sealed records pertaining to the plaintiff into a public forum by submitting them to United States District Court, Southern District of California with the knowledge, intent and purpose that it would immediately appear world wide upon the the Justia.com Web site and with the knowledge that the majority of these records are inadmissible on grounds of privacy, attorney client privilege, and lack of authenticity and/or relevance.

As a result of the defendants' tortious actions of Intrusion Into Private Affairs for disclosing and publishing upon the Internet private and privileged information dating back over twenty four years, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** San Diego

I have read the foregoing _____
_____ and know its contents.

### ☐ CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____
_____ ,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


_____     _____
Type or Print Name                                                    Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** San Diego

I am employed in the county of San Diego _____ , State of California.
I am over the age of 18 and not a party to the within action; my business address is: 637 Third Avenue, Suite E-1, Chula Vista, CA 91910

On, June 4, 2008 _____ I served the foregoing document described as A copy of the Plaintiff's Request for Leave to Amend Complaints

_____ on Defendant Attorneys _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Clifford Davidson, Esq., Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
Nelson Roth, Esq., Office of University Counsel, 300 CCC Building, Garden Ave., Ithaca, New York 14853

☒ **BY MAIL**

☒ *I deposited such envelope in the mail at Post Office, Third Avenue, Chula Vista, California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
Executed on _____ , at _____ , California.

☒ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Juan Ramirez                                         _/s/_____
Type or Print Name                                                    Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus                                                            Rev. 7/99