1  Kevin Vanginderen, Plaintiff Pro Per
   637 Third Ave., Suite E1
2  Chula Vista, CA  91910
   Telephone: (619) 585-7414
3

FILED

2008 JUN -4  AM 9:16

[CLERK, U.S. DISTRICT COURT]
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNH_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN, | Case No. 08-CV-00736-BTM-JMA |
| Plaintiff, | Hon. Barry T. Moskowitz |
| v. | OBJECTION TO ALL OF DEFENDANTS' SUBMITTED PROPOSED EXHIBITS |
| CORNELL UNIVERSITY, BERT DEIXLER, | |
| Defendant. | Hearing Date: July 3, 2008<br>Time:  11:00 a.m.<br>Place:  Courtroom 15 |

Whereas, the Defendants in the above captioned matter has submitted a myriad of proposed evidence in the above captioned matter but they have not submitted any declaration to date which has authenticated any of these documents, the Plaintiff objects to their admissibility. The Plaintiff additionally objects to the admissibility of all the Defendants' exhibits on grounds of prejudice, relevance, hearsay and the Best Evidence Rule and requests that judicial notice not be extended to the exhibits without proper substantiation.

Dated: June 3, 2008

_____
Kevin Vanginderen, Plaintiff in pro per

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF San Diego

I have read the foregoing _____
_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____          _____
Type or Print Name                                              Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF San Diego

I am employed in the county of San Diego , State of California.
I am over the age of 18 and not a party to the within action; my business address is: 637 Third Avenue, Suite E-1, Chula Vista, CA 91910

On, June 4, 2008 I served the foregoing document described as Plaintiff's Objection to All of Defendant's Submitted Proposed Exhibits

_____ on Defendant Attorneys _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Clifford Davidson, Esq., Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
Nelson Roth, Esq., Office of University Counsel, 300 CCC Building, Garden Ave., Ithaca, New York 14853

☒ **BY MAIL**

☒ *I deposited such envelope in the mail at Post Office, Third Avenue, Chula Vista , California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☒ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Juan Ramirez                                                       *(signature)*
_____          _____
Type or Print Name                                              Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus                        Rev. 7/99