# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>                Plaintiff,<br>vs.<br>CORNELL UNIVERSITY, BERT DEIXLER,<br><br>                Defendant. | CASE NO. 08cv00736 BTM(JMA)<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO AMEND COMPLAINT** |

     Plaintiff has filed a request to amend his Complaint to correct certain dates. Plaintiff is entitled to amend his pleading once as a matter of course before being served with an answer. Fed. R. Civ. P. 15(a)(1)(A). Because no answer has been filed, Plaintiff's request to amend his Complaint is **GRANTED**. Plaintiff shall file his First Amended Complaint within 10 days of the entry of this order. The First Amended Complaint must be complete in itself without reference to the original complaint. CivLR 15.1.

**IT IS SO ORDERED.**

DATED: June 5, 2008

                                                _Barry Ted Moskowitz_
                                                Honorable Barry Ted Moskowitz
                                                United States District Judge