1 | Kevin Vanginderen, Plaintiff Pro Per
637 Third Ave., Suite E1
2 | Chula Vista, CA  91910
Telephone: (619) 585-7414
3

'FILED

2008 JUN 13  AM 10: 31

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ ҮΝΙҮ ____DEPUTY

4

5

6                    UNITED STATES DISTRICT COURT

7                    SOUTHERN DISTRICT OF CALIFORNIA

8

9 | KEVIN VANGINDEREN,                    )    Case  No. 08-CV-00736-BTM-JMA
                                         )
10 |              Plaintiff,             )    Hon. Barry T. Moskowitz
                                         )
11 |          v.                         )    FIRST AMENDED COMPLAINT
                                         )
12 |                                     )
                                         )
   | CORNELL UNIVERSITY,                 )
13 | BERT DEIXLER,                        )
                                         )
14 |          Defendant.                 )
                                         )
15 |                                     )    Hearing Date: July 3, 2008
                                         )    Time:         11:00 a.m.
   |_____)    Place:        Courtroom 15
16

17          Whereas, Leave to Amend was granted on June 5, 2008, a First Amended Complaint is

18 | hereby submitted.

19

20 | Dated: June 13, 2008

21                                        _____
                                          Kevin Vanginderen, Plaintiff in pro per
22

23

24

25

26

27

28

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kevin Vanginderen<br>Attorney Kevin Vanginderen<br>637 3rd Avenue, Suite E-1<br>Chula Vista, CA 91910<br><br>TELEPHONE NO: (619)585-7414    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

NAME OF COURT: United States District Court
STREET ADDRESS: 880 Front Street, Room 4290
MAILING ADDRESS: 880 Front Street, Room 4290
CITY AND ZIP CODE: San Diego, CA 92101-8900
BRANCH NAME: Southern District of California

PLAINTIFF: Kevin Vanginderen

DEFENDANT: Cornell University, Bert Deixler

☐ DOES 1 TO _____

**COMPLAINT — Personal Injury, Property Damage, Wrongful Death**
[X] AMENDED (Number): 1
Type (check all that apply):
☐ MOTOR VEHICLE    [X] OTHER (specify): Public Disclosure
☐ Property Damage    ☐ Wrongful Death  Private Fact/Libel
[X] Personal Injury    [X] Other Damages (specify): loss of
income, loss of reputation, mental anguish, punitive

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:
08-CV-00736-BTM-JMA

1. PLAINTIFF (name): Kevin Vanginderen

alleges causes of action against DEFENDANT (name): Cornell University, Bert Deixler
2. This pleading, including attachments and exhibits, consists of the following number of pages: 13
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint — Attachment 3.

Page 1 of 3

SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER

CASE NUMBER:
08-CV-00736-BTM-JMA

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant *(name):* Cornell University

    (1) ☐ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

c. ☐ **except** defendant *(name):*

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

b. ☐ **except** defendant *(name):*

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

d. ☐ **except** defendant *(name):*

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Complaint — Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
    a. ☐ at least one defendant now resides in its jurisdictional area.
    b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, **and**
    a. ☒ plaintiff has complied with applicable claims statutes, **or**
    b. ☐ plaintiff is excused from complying because *(specify):*

**COMPLAINT — Personal Injury, Property Damage, Wrongful Death**

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: 08-CV-00736-BTM-JMA |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other (*specify*):

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage (*specify*): loss of reputation, mental anguish, punitive

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint — Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
   b. The amount of damages is (*you must check (1) in cases for personal injury or wrongful death*):
      (1) ☐ according to proof
      (2) ☒ in the amount of: $ 10,000,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*):

Date: June 13, 2008

Kevin Vanginderen
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. July 1, 2002]    **COMPLAINT — Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

1st _____     **CAUSE OF ACTION - Intentional Tort**     Page 4
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.   Plaintiff *(name)*: Kevin Vanginderen

alleges that defendant *(name)*: Cornell University

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: March 8, 1983,
at *(place)*: Cornell University, Ithaca, NY

*(description of reasons for liability)*:

On March 8, 1983, Barbara Bourne, an employee and agent of the Defendant Cornell University, wrote defamatory and libelous statements about the plaintiff which she communicated to other individuals. A report written by Ms. Bourne on that date alleged that the plaintiff was responsible for fifteen separate crimes although she had never ascertained that fifteen individual crimes had ever occurred, nor did she ever possess a scintilla of evidence that the plainitff was responsible for even half that number of alleged incidents.

As a result of the defendant's tortious actions of Libel, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendant and requests general and punitive damages in the amount of $1,000,000.

| SHORT TITLE:  VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

2nd _____      **CAUSE OF ACTION - Intentional Tort**      Page _5_____
(number)

ATTACHMENT TO    [X] Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.    Plaintiff *(name)*:  Kevin Vanginderen

alleges that defendant *(name)*:   Cornell University and Bert Deixler

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*:  December 14, 2007,
at *(place)*:  United States District Court, Southern District of
          California and everywhere the Internet is available
*(description of reasons for liability)*:

   On March 8, 1983, Barbara Bourne, an employee and agent of the Defendant Cornell University, wrote defamatory and libelous statements about the plaintiff which she communicated to other individuals.  A report written by Ms. Bourne on that date alleged that the plaintiff was responsible for fifteen separate crimes although she had never ascertained that fifteen individual crimes had ever occurred, nor did she ever possess a scintilla of evidence that the plainitff was responsible for even half that number of alleged incidents.

   On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University republished this report onto the Internet by submitting it to United States District Court, Southern District of California, with the knowledge, intent and purpose that it would immediately appear world wide upon the the Justia.com Web site.  The defendants were aware at the time of submission to the court file that the libelous report was both defamatory and inadmissible as evidence.

   As a result of the defendants' tortious actions of Libel, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form                          **CAUSE OF ACTION - Intentional Tort**          Legal
                                                                               Solutions
                                                                               Plus              CCP 425.12

| SHORT TITLE:   VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

| 3rd | **CAUSE OF ACTION - Intentional Tort** | Page 6 |
|---|---|---|
| (number) | | |

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.   Plaintiff *(name)*: Kevin Vanginderen

alleges that defendant *(name)*:  Bert Deixler and Cornell University.

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*:  December 14, 2007
at *(place)*:  United States District Court, Southern District of
          California and everywhere the Internet is available
*(description of reasons for liability)*:
    On December 14, 2007, Defendant Bert Deixler acting as an agent of
Defendant Cornell University declared in writing that the Plaintiff
was charged in connection with fifteen separate crimes although he had
never ascertained that fifteen individual crimes had ever occurred,
nor did he ever possess a scintilla of evidence that the plainitff was
responsible for even half that number of alleged incidents. Defendant
Bert Deixler subsequently republished his libelous statement onto the
Internet by submitting it to United States District Court, Southern
District of California, with the knowledge, intent and purpose that it
would immediately appear world wide upon the the Justia.com Web site.

    As a result of the defendants' tortious actions of Libel, the
plaintiff has suffered extreme emotional distress, a loss of
reputation and a loss of income from the conduct of the defendants and
requests general and punitive damages in the amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form
**CAUSE OF ACTION - Intentional Tort**
Legal
Solutions®
Plus
CCP 425.12

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

<u>4th</u>
    (number)

**CAUSE OF ACTION - Intentional Tort**

Page <u>7</u>

ATTACHMENT TO    [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.   Plaintiff *(name)*: Kevin Vanginderen

     alleges that defendant *(name)*:  Cornell University

     [ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*:  March 8, 1983,
at *(place)*:  Cornell University, Ithaca, NY

*(description of reasons for liability)*:

    On March 8, 1983, Barbara Bourne, an employee and agent of the Defendant Cornell University, wrote false statements about the plaintiff that portrayed the plaintiff in a false light which she communicated to other individuals.  A report written by Ms. Bourne on that date alleged that the plaintiff was responsible for fifteen separate crimes although she had never ascertained that fifteen individual crimes had ever occurred, nor did she ever possess a scintilla of evidence that the plainitff was responsible for even half that number of alleged incidents.

    As a result of the defendant's tortious actions of Placing Plaintiff in False Light, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendant and requests general and punitive damages in the amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION - Intentional Tort**

Legal
Solutions
Plus

CCP 425.12

| SHORT TITLE:  VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

| 5th_____<br>(number) | **CAUSE OF ACTION - Intentional Tort** | Page _8_____ |

ATTACHMENT TO    [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.    Plaintiff *(name)*:  Kevin Vanginderen

alleges that defendant *(name)*:  Cornell University and Bert Deixler

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*:  December 14, 2007,
at *(place)*:  United States District Court, Southern District of
        California and everywhere the Internet is available
*(description of reasons for liability)*:
    On March 8, 1983, Barbara Bourne, an employee and agent of the
Defendant Cornell University, wrote false statements about the
plaintiff that portrayed the plaintiff in a false light which she
communicated to other individuals.  A report written by Ms. Bourne on
that date alleged that the plaintiff was responsible for fifteen
separate crimes although she had never ascertained that fifteen
individual crimes had ever occurred, nor did she ever possess a
scintilla of evidence that the plainitff was responsible for even half
that number of alleged incidents.

    On December 14, 2007, Defendant Bert Deixler acting as an agent of
Defendant Cornell University republished this report onto the Internet
by submitting it to United States District Court, Southern District of
California, with the knowledge, intent and purpose that it would
immediately appear world wide upon the the Justia.com Web site.  The
defendants were aware at the time of submission to the court file that
the false statements in the report portrayed the plaintiff in a false
light and was inadmissible as evidence.

    As a result of the defendants' tortious actions of Placing
Plaintiff in False Light, the plaintiff has suffered extreme emotional
distress, a loss of reputation and a loss of income from the conduct
of the defendants and requests general and punitive damages in the
amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION - Intentional Tort**

Legal
Solutions
Plus

CCP 425.12

| SHORT TITLE:  VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

<u>6th</u>                                         **CAUSE OF ACTION - Intentional Tort**                    Page  <u>9</u>
    (number)

ATTACHMENT TO    [X] Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.    Plaintiff *(name)*: Kevin Vanginderen

        alleges that defendant *(name)*:  Bert Deixler and Cornell University

                ☐ Does _____ to _____

        was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
        on *(date)*:  December 14, 2007
        at *(place)*:  United States District Court, Southern District of
                California and everywhere the Internet is available
        *(description of reasons for liability)*:
            On December 14, 2007, Defendant Bert Deixler acting as an agent of
        Defendant Cornell University wrote a false statement about the
        plaintiff that portrayed the plaintiff in a false light when he
        declared in writing that the Plaintiff was charged in connection with
        fifteen separate crimes although he had never ascertained that fifteen
        individual crimes had ever occurred, nor did he ever possess a
        scintilla of evidence that the plainitff was responsible for even half
        that number of alleged incidents. Defendant Bert Deixler subsequently
        republished his false statement onto the Internet by submitting it to
        United States District Court, Southern District of California, with
        the knowledge, intent and purpose that it would immediately appear
        world wide upon the the Justia.com Web site.

            As a result of the defendants' tortious actions of Placing
        Plaintiff in False Light, the plaintiff has suffered extreme emotional
        distress, a loss of reputation and a loss of income from the conduct
        of the defendants and requests general and punitive damages in the
        amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form                    **CAUSE OF ACTION - Intentional Tort**              Legal
                                                    Solutions·           CCP 425.12
                                                    Plus

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

| 7th | **CAUSE OF ACTION - Intentional Tort** | Page 10 |
|---|---|---|
| (number) | | |

ATTACHMENT TO    [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.    Plaintiff *(name)*: Kevin Vanginderen

alleges that defendant *(name)*:  Cornell University and Bert Deixler

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: November 2, 2007,
at *(place)*: United States District Court, Southern District of California
*(description of reasons for liability)*:

On November 2, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University published sealed records pertaining to the plaintiff into a public forum by submitting them to United States District Court, Southern District of California with the knowledge that the records were sealed.

As a result of the defendants' tortious actions of Public Disclosure of Private Facts for disclosing private information dating back over twenty four years, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION - Intentional Tort**

Legal
Solutions
Plus

CCP 425.12

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

<u>8th</u>       **CAUSE OF ACTION - Intentional Tort**       Page <u>11</u>
  (number)

ATTACHMENT TO   [X] Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.   Plaintiff *(name)*: Kevin Vanginderen

      alleges that defendant *(name)*:   Cornell University and Bert Deixler

      ☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: November 2, 2007,
at *(place)*: United States District Court, Southern District of California and everywhere the Internet is available
*(description of reasons for liability)*:

     On November 2, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University published sealed records pertaining to the plaintiff onto the Internet by submitting them to United States District Court, Southern District of California, with the knowledge, intent and purpose that it would immediately appear world wide upon the the Justia.com Web site and with the knowledge that the records were sealed.

     As a result of the defendants' tortious actions of Public Disclosure of Private Facts for disclosing private information dating back over twenty four years, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form
    **CAUSE OF ACTION - Intentional Tort**     Legal Solutions Plus     CCP 425.12

| SHORT TITLE:  VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

<u>9th</u>_____    **CAUSE OF ACTION - Intentional Tort**    Page <u>12</u>_____
   (number)

ATTACHMENT TO    [X] Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.    Plaintiff *(name)*:  Kevin Vanginderen

    alleges that defendant *(name)*:  Cornell University and Bert Deixler

        ☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*:  December 14, 2007,
at *(place)*:  United States District Court, Southern District of
        California
*(description of reasons for liability)*:

    On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University published previously sealed records pertaining to the plaintiff into a public forum by submitting them to United States District Court, Southern District of California with the knowledge that the majority of these records are inadmissible on grounds of privacy, attorney client privilege, and lack of authenticity and/or relevance.

    As a result of the defendants' tortious actions of Intrusion Into Private Affairs by disclosing private and privileged information dating back over twenty four years, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION - Intentional Tort**

Legal
Solutions
Plus

CCP 425.12

| SHORT TITLE:  VANGINDEREN V. CORNELL UNIVERSITY, BERT DEIXLER | CASE NUMBER: |
|---|---|

<u>10th</u>
_(number)_

**CAUSE OF ACTION - Intentional Tort**

Page <u>13</u>

ATTACHMENT TO    [X] Complaint    ☐ Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

IT-1.   Plaintiff _(name):_ Kevin Vanginderen

alleges that defendant _(name):_  Cornell University and Bert Deixler

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on _(date):_ December 14, 2007,
at _(place):_ United States District Court, Southern District of California and everywhere the Internet is available
_(description of reasons for liability):_

On December 14, 2007, Defendant Bert Deixler acting as an agent of Defendant Cornell University republished previously sealed records pertaining to the plaintiff into a public forum by submitting them to United States District Court, Southern District of California with the knowledge, intent and purpose that it would immediately appear world wide upon the the Justia.com Web site and with the knowledge that the majority of these records are inadmissible on grounds of privacy, attorney client privilege, and lack of authenticity and/or relevance.

As a result of the defendants' tortious actions of Intrusion Into Private Affairs for disclosing and publishing upon the Internet private and privileged information dating back over twenty four years, the plaintiff has suffered extreme emotional distress, a loss of reputation and a loss of income from the conduct of the defendants and requests general and punitive damages in the amount of $1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION - Intentional Tort**

Legal Solutions Plus

CCP 425.12

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** San Diego

I have read the foregoing _____

_____ and know its contents.

### ☐ CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____

_____ , a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____          _____
Type or Print Name                  Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** San Diego

I am employed in the county of San Diego _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: 637 Third Avenue, Suite E-1, Chula Vista, CA 91910

On, June 13, 2008 _____ I served the foregoing document described as A copy of the First Amended Complaint

_____ on Defendant Attorneys _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Clifford Davidson, Esq., Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206

Nelson Roth, Esq., Office of University Counsel, 300 CCC Building, Garden Ave., Ithaca, New York 14853

☒ **BY MAIL**

☒ *I deposited such envelope in the mail at Post Office, Third Avenue, Chula Vista , California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Juan Ramirez _____          _____
Type or Print Name                                Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)

**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus          Rev. 7/99