```
 1 │ Bert H. Deixler, SBN 70614
   │     e-mail: bdeixler@proskauer.com
 2 │ Clifford S. Davidson, SBN 246119
   │     e-mail: cdavidson@proskauer.com
 3 │ PROSKAUER ROSE LLP
   │ 2049 Century Park East, 32nd Floor
 4 │ Los Angeles, CA  90067-3206
   │ Telephone:   (310) 557-2900
 5 │ Facsimile:   (310) 557-2193
 6 │ Attorneys for Defendant,
   │ CORNELL UNIVERSITY
 7 │
   │ Lary Alan Rappaport, SBN 87614
 8 │     e-mail: lrappaport@proskauer.com
   │ Clifford S. Davidson, SBN 246119
 9 │     e-mail: cdavidson@proskauer.com
   │ PROSKAUER ROSE LLP
10 │ 2049 Century Park East, 32nd Floor
   │ Los Angeles, CA  90067-3206
11 │ Telephone:   (310) 557-2900
   │ Facsimile:   (310) 557-2193
12 │
   │ Attorneys for Defendant,
13 │ BERT DEIXLER
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>    Plaintiff,<br><br>v.<br><br>CORNELL UNIVERSITY, BERT DEIXLER,<br><br>    Defendants. | Case No. 08-CV-736 BTM(JMA)<br><br>Hon. Barry T. Moskowitz<br><br>**SUPPLEMENTAL DECLARATION OF CLIFFORD S. DAVIDSON IN FURTHER SUPPORT OF CORNELL'S AND BERT DEIXLER'S SPECIAL MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Reply Memorandum and Stanley Declaration filed concurrently]<br><br>Hearing Date: July 3, 2008<br>Time:        11:00 a.m.<br>Place:       Courtroom 15<br><br>Action Filed: April 8, 2008 |

## DECLARATION OF CLIFFORD S. DAVIDSON

I, Clifford S. Davidson, declare:

1. I am an attorney associated with the law firm Proskauer Rose LLP, attorneys for defendants Cornell University ("Cornell") and Bert Deixler ("Deixler") in the above-captioned action. I submit this Supplemental Declaration in further support of defendant Cornell University's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure and defendant Bert Deixler's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure. I make this declaration of my own personal knowledge except where otherwise stated and, if called as a witness, I could and would testify competently as set forth below.

2. On June 4, 2008, after the Court granted Cornell's anti-SLAPP motion and entered judgment against Plaintiff in his previous lawsuit against Cornell, No. 07-cv-2045 BTM(JMA) (the "2007 Action"), I caused to be sent to Plaintiff a letter encouraging him to dismiss the present action. Attached hereto as Exhibit A is a true and correct copy of that letter.

3. On June 3, 2008, the Court entered its Order Granting Special Motion to Strike in the 2007 Action. Attached hereto as Exhibit B is a true and correct copy of the Order, which I received via the Court's electronic filing system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June, 2008, at Los Angeles, California.

Clifford S. Davidson