Bert H. Deixler, SBN 70614
　　e-mail: bdeixler@proskauer.com
Clifford S. Davidson, SBN 246119
　　e-mail: cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:　(310) 557-2900
Facsimile:　(310) 557-2193

Attorneys for Defendant,
CORNELL UNIVERSITY

Lary Alan Rappaport, SBN 87614
　　e-mail: lrappaport@proskauer.com
Clifford S. Davidson, SBN 246119
　　e-mail: cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:　(310) 557-2900
Facsimile:　(310) 557-2193

Attorneys for Defendant,
BERT DEIXLER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORNELL UNIVERSITY, BERT DEIXLER,<br><br>　　　　Defendants. | Case No. 08-CV-736 BTM(JMA)<br><br>Hon. Barry T. Moskowitz<br><br>**SUPPLEMENTAL DECLARATION OF TIMOTHY STANLEY IN FURTHER SUPPORT OF CORNELL'S AND BERT DEIXLER'S SPECIAL MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Reply Memorandum and Davidson Declaration filed concurrently]<br><br>Hearing Date: July 3, 2008<br>Time:　　　　11:00 a.m.<br>Place:　　　　Courtroom 15<br><br>Action Filed: April 8, 2008 |

8085/21177-001
Current/11410554v

# DECLARATION OF TIMOTHY STANLEY

I, Timothy Stanley, declare:

1. I am CEO and co-founder of Justia.com. I submit this Supplemental Declaration in further support of defendant Cornell University's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure and defendant Bert Deixler's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure. I make this declaration of my own personal knowledge except where otherwise stated, and if called as a witness, I could and would testify competently as set forth below.

2. Prior to the filing of the above-captioned litigation on April 8, 2008, there was no communication whatsoever between anyone at Justia.com and anyone from Cornell University or Proskauer Rose who was involved in case No. 07-cv-2045 BTM (JMA) (the "2007 Action"). There were no faxes, no e-mails and no written correspondence between anyone at Justia.com and anyone involved in the 2007 Action.

3. Justia.com commenced its coverage of the 2007 Action based on its typical method as set forth in the previously-filed Declaration of Timothy Stanley in Support of Cornell's and Bert Deixler's Special Motions to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of June, 2008, at Mountain View, California.

Timothy Stanley