```
 1  Bert H. Deixler, SBN 70614
        e-mail: bdeixler@proskauer.com
 2  Clifford S. Davidson, SBN 246119
        e-mail: cdavidson@proskauer.com
 3  PROSKAUER ROSE LLP
    2049 Century Park East, 32nd Floor
 4  Los Angeles, CA  90067-3206
    Telephone:    (310) 557-2900
 5  Facsimile:    (310) 557-2193

 6  Attorneys for Defendant,
    CORNELL UNIVERSITY
 7
    Lary Alan Rappaport, SBN 87614
 8      e-mail: lrappaport@proskauer.com
    Clifford S. Davidson, SBN 246119
 9      e-mail: cdavidson@proskauer.com
    PROSKAUER ROSE LLP
10  2049 Century Park East, 32nd Floor
    Los Angeles, CA  90067-3206
11  Telephone:    (310) 557-2900
    Facsimile:    (310) 557-2193
12
    Attorneys for Defendant,
13  BERT DEIXLER
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>          Plaintiff,<br><br>     v.<br><br>CORNELL UNIVERSITY, BERT DEIXLER<br><br>          Defendants. | Case No. 08-CV-736 BTM(JMA)<br><br>CERTIFICATE OF SERVICE |

8085/21177-001
Current/11433669v1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On June 26, 2008, I served the foregoing documents, described as:

1. DEFENDANTS' CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' SPECIAL MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE;

2. SUPPLEMENTAL DECLARATION OF CLIFFORD S. DAVIDSON IN FURTHER SUPPORT OF CORNELL'S AND BERT DEIXLER'S SPECIAL MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE;

3. SUPPLEMENTAL DECLARATION OF TIMOTHY STANLEY IN FURTHER SUPPORT OF CORNELL'S AND BERT DEIXLER'S SPECIAL MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE; and

4. DEFENDANTS' EVIDENTIARY OBJECTIONS TO AFFIDAVIT OF PLAINTIFF KEVIN VANGINDEREN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION OF DEFENDANTS' SPECIAL MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Kevin Vanginderen
> 637 3rd Avenue, Suite E-1
> Chula Vista, CA 91910

☒ By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 26, 2008, at Los Angeles, California.

_____        _____
     Ivania Munguia                                    Signature
    Type or Print Name