1  Bert H. Deixler, SBN 70614
       e-mail:  bdeixler@proskauer.com
2  Clifford S. Davidson, SBN 246119
       e-mail:  cdavidson@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Defendant,
   CORNELL UNIVERSITY
7

   Lary Alan Rappaport, SBN 87614
8      e-mail:  lrappaport@proskauer.com
   Clifford S. Davidson, SBN 246119
9      e-mail:  cdavidson@proskauer.com
   PROSKAUER ROSE LLP
10 2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
11 Telephone:    (310) 557-2900
   Facsimile:    (310) 557-2193
12

13 Attorneys for Defendant,
   BERT DEIXLER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL UNIVERSITY, BERT DEIXLER,<br><br>Defendants. | Case No. 08-CV-736 BTM(JMA)<br><br>Hon. Barry T. Moskowitz<br><br>**DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF CORNELL'S AND BERT DEIXLER'S SPECIAL MOTIONS TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Special Motions to Strike and Stanley Declaration filed concurrently]<br><br>Hearing Date: July 3, 2008<br>Time:         11:00 a.m.<br>Place:        Courtroom 15<br><br>Action Filed: April 8, 2008 |

8085/21177-001
Current/11454368v

# DECLARATION OF CLIFFORD S. DAVIDSON

I, Clifford S. Davidson, declare:

1. I am an attorney associated with the law firm Proskauer Rose LLP, attorneys for defendants Cornell University ("Cornell") and Bert Deixler ("Deixler") in the above-captioned action. I submit this Declaration in support of defendant Cornell University's Special Motion to Strike Plaintiff's First Amended Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure and defendant Bert Deixler's Special Motion to Strike Plaintiff's First Amended Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure. I make this declaration of my own personal knowledge except where otherwise stated, and if called as a witness, I could and would testify competently as set forth below.

2. On November 2, 2007, Cornell, through Deixler, filed unsealed documents from the Ithaca City Court in support of Cornell's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure. Attached collectively hereto as Exhibit A are true and correct copies of certain of those documents as Cornell filed them. Exhibit A includes the accusatory instruments issued against Plaintiff Kevin Vanginderen ("Plaintiff") and Plaintiff's guilty plea in Ithaca City Court.

3. On December 12, 2007, Cornell, through Deixler, filed with this Court (a) a copy of the Tompkins County Court order unsealing the records pertaining to Plaintiff's criminal activities (the "Unsealing Order"); and (b) certain of the unsealed records from the Tompkins County Court, the Tompkins County District Attorney and the Cornell University Department of Public Safety (collectively, the "Unsealed Records"). Attached hereto as Exhibit B are true and correct copies of the Unsealing Order and the Unsealed Records as Cornell filed them.

4. Attached hereto as Exhibit C is a true and correct copy of the Court's June 3, 2008 Order Granting Special Motion to Strike. I received Exhibit C through the Court's electronic filing system.

1  I declare under penalty of perjury under the laws of California and the United States of
2  America that the foregoing is true and correct.
3  Executed this 30th day of June, 2008, at Los Angeles, California.

*[signature]*

Clifford S. Davidson