```
 1  Bert H. Deixler, SBN 70614
        e-mail:  bdeixler@proskauer.com
 2  Clifford S. Davidson, SBN 246119
        e-mail:  cdavidson@proskauer.com
 3  PROSKAUER ROSE LLP
    2049 Century Park East, 32nd Floor
 4  Los Angeles, CA  90067-3206
    Telephone:    (310) 557-2900
 5  Facsimile:    (310) 557-2193

 6  Attorneys for Defendant,
    CORNELL UNIVERSITY
 7
    Lary Alan Rappaport, SBN 87614
 8      lrappaport@proskauer.com
    Clifford S. Davidson, SBN 246119
 9      cdavidson@proskauer.com
    PROSKAUER ROSE LLP
10  2049 Century Park East, 32nd Floor
    Los Angeles, CA  90067-3206
11  Telephone:    (310) 557-2900
    Facsimile:    (310) 557-2193
12
    Attorneys for Defendant,
13  BERT DEIXLER

14
                    UNITED STATES DISTRICT COURT
15
                   SOUTHERN DISTRICT OF CALIFORNIA
16

17  KEVIN VANGINDEREN,              )  Case No. 08-CV-00736 BTM(JMA)
                                    )
18              Plaintiff,          )
                                    )  CERTIFICATE OF SERVICE
19       v.                         )
                                    )  Hon. Barry T. Moskowitz
20  CORNELL UNIVERSITY, BERT DEIXLER,)
                                    )
21              Defendants.         )
                                    )
22                                  )
                                    )
23  _____)
```

8085/21177-001 Current/11104551v1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On June 30, 2008, I served the foregoing documents, described as:

NOTICE OF CORNELL'S SPECIAL MOTION AND CORNELL'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CORNELL'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE

NOTICE OF BERT DEIXLER'S SPECIAL MOTION AND BERT DEIXLER'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BERT DEIXLER'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE

DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF CORNELL'S AND BERT DEIXLER'S SPECIAL MOTIONS TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE

DECLARATION OF TIMOTHY STANLEY IN SUPPORT OF CORNELL'S AND BERT DEIXLER'S SPECIAL MOTIONS TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Kevin Vanginderen
> 637 3rd Avenue, Suite E-1
> Chula Vista, CA 91910

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☒ (By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service)

8085/21177-001
Current/11104551v1

☐ By personally delivering such envelope to the addressee.

☐ By causing such envelope to be delivered by messenger to the office of the addressee.

☐ By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 30, 2008, at Los Angeles, California.

_____Ivania Munguia_____          _____
Type or Print Name                               Signature