USDC SCAN INDEX SHEET










JAH   5/9/03   9:31
3:02-CR-01819   USA V. ALARCON
*301*
*CRSTIPO.*

MARY A. GILG
California State Bar Number 205717
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Migdalia Alarcon

FILED

03 MAY -8 PM 3: 51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 02CR1819-IEG |
| Plaintiff, | |
| v. | **STIPULATED CONTINUANCE AND ORDER THEREON** |
| MIGDALIA ALARCON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between the parties that the Sentencing Hearing before the Honorable Irma E. Gonzalez currently scheduled for May 9, 2003, at 11:30 a.m., be continued until June 10, 2003, at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: May 8, 2003

MARY A. GILG, Federal Defenders
Attorneys for Ms. Alarcon

DATED: May 8, 2003

JASON FORGE
Assistant United States Attorney

**SO ORDERED.**

DATED: 5/8/03

HONORABLE IRMA E. GONZALEZ
United States District Judge

301