AO 450 Judgment in a Civil Case

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Kevin Vanginderen

**V.**

Cornell University, Bert Deixler

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 08cv0736-BTM(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendants Cornell University and Bert Deixler's special motions to strike the original Complaint and the First Amended Complaint are granted. This action is dismissed with prejudice.

| January 6, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/V.Trujillo
(By) Deputy Clerk

ENTERED ON January 6, 2009

08cv0736-BTM(JMA)