AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| KEVIN VANGINDEREN | ) |
| v. | ) |
| CORNELL UNIVERSITY, BERT DEIXLER | ) Case No.: 08-cv-00736 BTM(JMA) |

### Bill of Costs

Judgment having been entered in the above entitled action on **6 Jan 2009** against **KEVIN VANGINDEREN**,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 350 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Removal of San Diego Superior Court action to this Court. | 399 |
| TOTAL $ | 749 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[X] Electronic service by e-mail as set forth below and/or.

[X] Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_

Name of Attorney: **Clifford S. Davidson**

For: **Defendants Cornell University and Bert Deixler**      Date: **January 15, 2009**
            Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____       _____
Clerk of Court                        Deputy Clerk                        Date

AO-133

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

## WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Costs or Fee Awards:
   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ITEMIZATION OF TAXABLE AND NECESSARY EXPENSES

| | |
|---|---|
| **FEES OF THE CLERK** | **AMOUNT** |
| 1. First filing/removal | $350 |
| | |
| Category Total | **$350** |
| | |
| **OTHER COSTS ALLOWED PURSUANT TO LOCAL RULE 54.1** | |
| 1. Messenger service and obtaining of case file necessary for removal of the action from San Diego Superior Court | $399 |
| | |
| Category total | **$ 399** |
| | |
| **Total taxable costs** | **$749** |



Mail Payment to:
U S Legal Management Services, Inc
P. O. Box 29680
Phoenix, AZ 85038

invoice

| INVOICE NUM | CUSTOMER |
|---|---|
| 1102554 | 11667 |
| INVOICE DATE | INV. AMOUNT |
| 4/30/08 | 1,666.25 |

PROSKAUER ROSE LLP
2049 CENTURY PARK EAST
STE. 3200
LOS ANGELES, CA 90067-3206

BILLING QUESTIONS CALL:
BILLING DEPT 866-4921110
PAYMENT QUESTIONS CALL:
PAQUI ABUEG (213)4813085

**PLEASE DETACH HERE AND RETURN WITH REMITTANCE**

TAX ID# 34-2003879

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 11667 | 1102554 | 4/30/08 | 1,666.25 | 3 | U S LEGAL MANAGEMENT |

REDACTED REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED REDACTED

| 4/28/08 | 4079331 | FAX | PROSKAUER ROSE LLP<br>2049 CENTURY PARK EAST<br>LOS ANGELES    CA 90067-3206<br>Caller: CLIFF<br>REMOVAL<br>Signed: filed | USDC-SAN DIEGO<br>880 FRONT STREET<br>SAN DIEGO    CA 92101<br>21177.001<br>Ref: VANGINDEREN V. CORNELL | Base Chg : 39.00<br>Ship/Fax : 57.50<br>Adv/Wit Ck: 350.00 | 446.50 |
| SAMEDAY FAXFILE | | | | | | |

REDACTED REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED REDACTED

| 4/29/08 | 4080627 | BFX | PROSKAUER ROSE LLP<br>2049 CENTURY PARK EAST<br>LOS ANGELES    CA 90067-3206<br>Caller: Clifford Davidso Wait: 20 Min<br>37-2008-00069807-CU-<br>DF-SC<br>NTC OF REMOVAL<br>PROOF OF SERVICE<br>Signed: FILED | SDSC-EL CAJON<br>250 EAST MAIN STREET<br>EL CAJON    CA 92020<br>21177.001<br>Ref: VANGINDEREN V CORNELL | Base Chg : 101.50<br>Wait : 13.40<br>Ship/Fax : 63.75<br>Fuel Chge : 10.15 | 188.80 |
| RANCH FAXFILE | | | | | | |

Please pay➔ Continued

**INVOICE PAYMENT DUE UPON RECEIPT**



# CAL INFO
Research / Retrieval / Publishing

## WASHINGTON & LOS ANGELES
### LEGAL :: FINANCIAL :: GOVERNMENTAL :: SCIENTIFIC

316 West Second Street, Suite 1102, Los Angeles, CA 90012   Phone: 213-687-8710   Fax: 213-687-8778

**RECEIVED**
JUN 1 8 2008
Proskauer Rose LLP, Library

Library
Proskauer Rose, LLP
2049 Century Park East
Suite 3200, Library
Los Angeles CA 90067-3206

June 13, 2008

Invoice #11304

Professional Services

**REDACTED**

**REDACTED**

| Date | Description | Amount |
|---|---|---|
| 5/31/2008 | Court service copy fees re San Diego Sup Ct case Vanginderen v Cornell U 21177-001 Lisa Winslow | 114.15 |
| | SUBTOTAL: | [ 114.15] |
| | 0502.5 | |

**REDACTED**

**REDACTED**

[

**LIBRARY**
PROSKAUER ROSE LLP
LOS ANGELES, CALIFORNIA
CLIENT_____
MATTER_____
OK TO PAY____ AMT.____ PD.____
DATE PD._____ #_____

6-23-08