Vanginderen v. Cornell University et al

Doc. 5










```
MAM     11/3/03    11:58
3:02-CV-02329    GOODBRAND V. SMITH
*29*
*MO.*
```

```
                Minutes of the United States District Court
                       Southern District of California
                              October 29, 2003


HON. RUDI M. BREWSTER           DEPUTY CLERK: D.HARRIS      COURT RECORDER: SUZIE DINSMORE
=====================================================================================
02CV2329-B(RBB)      GOODBRAND      V      SMITH

HEARING MOTIONS

                     MICHAEL MARRINAN        MARIA C. SEVERSON


DEFT'S MOTION FOR SUMMARY JUDGMENT (9)
```

ON 9-30-03 A
MOTION HEARING HELD...MOTION TAKEN UNDER SUBMISSION
COURT WILL ISSUE A WRITTEN ORDER

