| | |
|---|---|
| 1 | Bert H. Deixler, SBN 70614 |
| | e-mail: bdeixler@proskauer.com |
| 2 | Clifford S. Davidson, SBN 246119 |
| | e-mail: cdavidson@proskauer.com |
| 3 | PROSKAUER ROSE LLP |
| | 2049 Century Park East, 32nd Floor |
| 4 | Los Angeles, CA 90067-3206 |
| | Telephone: (310) 557-2900 |
| 5 | Facsimile: (310) 557-2193 |
| 6 | Attorneys for Defendant, |
| | CORNELL UNIVERSITY |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN VANGINDEREN, | ) | Case No. 08-cv-00736 BTM(JMA) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CORNELL'S NOTICE OF MOTION** |
| v. | ) | **AND MOTION FOR ATTORNEYS'** |
| | ) | **FEES** |
| CORNELL UNIVERSITY, BERT DEIXLER, | ) | |
| | ) | |
| Defendants. | ) | [Per chambers, no oral argument unless requested by the Court] |
| | ) | |
| | ) | [Memorandum of Points and Authorities, Declarations of Bert H. Deixler and Clifford S. Davidson, and [Proposed] Order filed concurrently herewith] |
| | ) | |
| | ) | Hearing Date: March 13, 2009 |
| | ) | Time: 11:00 a.m. |
| | ) | Place: Courtroom 15 |
| | ) | |
| | ) | Action Filed: April 8, 2008 |

8085/21177-002 Current/13196325v1

| | |
|---|---|
| 1 | TO PLAINTIFF AND HIS ATTORNEYS OF RECORD, IF ANY: |
| 2 | PLEASE TAKE NOTICE that on March 13, 2009, at 11:00 a.m., or as soon thereafter as |
| 3 | the matter may be heard by the Honorable Judge Barry T. Moskowitz, in the United States District |
| 4 | Court for the Southern District of California, Courtroom 15, located at 940 Front Street, San |
| 5 | Diego, California 92101, defendant Cornell University ("Cornell") will and hereby does move for |
| 6 | an order awarding to Cornell its reasonable attorneys' fees in the above-captioned matter. |
| 7 | This Motion is made pursuant to Rule 54 of the Federal Rules of Civil Procedure; |
| 8 | California Code of Civil Procedure § 425.16(c) (granting to prevailing anti-SLAPP defendants |
| 9 | their attorneys' fees and costs); and the Court's January 6, 2009 Order Granting Defendants' |
| 10 | Special Motions to Strike ("Any motion for attorneys' fees must be brought within 30 days of this |
| 11 | order."). |
| 12 | As documented in the concurrently-filed Declarations of Bert H. Deixler and Clifford S. |
| 13 | Davidson, the time spent by Defendants' counsel related to bringing and winning Cornell's |
| 14 | Special Motion to Strike, as well as preparing and drafting Defendants' Bill of Costs and Motion |
| 15 | for Attorneys' Fees, supports an award to Cornell of $38,380. The $350 per hour rate Proskauer |
| 16 | has billed to Cornell in this matter is significantly less than the hourly rate charged by other law |
| 17 | firms of similar caliber located in San Diego. |
| 18 | This Motion is based upon this Motion, the Memorandum of Points and Authorities, the |
| 19 | Declaration of Bert H. Deixler, the Declaration of Clifford S. Davidson, the records and files in |
| 20 | this action, and such other oral or documentary evidence and memoranda as may be presented at |
| 21 | or before any hearing on the Motion. |

DATED: January 20, 2009

Bert H. Deixler
Clifford S. Davidson
PROSKAUER ROSE LLP

/s/ -- Clifford S. Davidson
        Clifford S. Davidson

Attorneys for Defendant,
CORNELL UNIVERSITY