# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Kevin Vanginderen, | CASE NO. 08CV0736-BTM(JMA) |
| Plaintiff, | **ORDER TAXING COSTS** |
| vs. | |
| Cornell University, Bert Deixler, | |
| Defendants. | |

Upon application of Cornell University and Bert Deixler, a hearing for taxation of costs was held on February 3, 2009 at 10:00 am. No appearance was made on behalf of the plaintiff, and Clifford S. Davidson, representing defendants, appeared telephonically. Plaintiff filed an objection [52] to the Bill of Costs on January 27, 2009.

Messenger fees for service of documents is not a taxable cost pursuant to Civil Local Rule 54.1 - those fees that are requested are denied.

Costs are taxed as follows:

| *Description* | *Amount(s)* *Requested* | *Amount(s)* *Taxed* |
|---|---|---|
| Fees of the clerk | $350.00 | $350.00 |
| Fees for service of summons and subpoenas | | |
| Fees of the court reporter | | |

- 1 -                                                                                       08CV0736-BTM(JMA)

| | | |
|---|---|---|
| Fees and disbursements for printing | | |
| Fees for witnesses | | |
| Fees for exemplification and copies | | |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: | $399.00 | $114.15 |
| **TOTAL COSTS TAXED** in favor of Cornell University and Bert Deixler | $749.00 | $464.15 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: February 3, 2009

W. Samuel Hamrick, Jr., Clerk of Court

*S/ N. Prewitt*
Nancy S. Prewitt, CRD Supervisor

cc: All Parties