USDC SCAN INDEX SHEET










CAG    4/5/04    10:47
3:02-CV-00264    KINTERA INC V. CONVIO INC
*139*
*O.*

ORIGINAL
FILED
04 APR -2 PM 12: 53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA

**BY FAX**

| | |
|---|---|
| KINTERA, INC., a Delaware Corporation, | Case No. 02 CV 0264 DMS (BLM) |
| Plaintiff, | ORDER GRANTING KINTERA'S MOTION TO FILE UNDER SEAL KINTERA'S MOTION TO STRIKE AND RESPONSE TO SUPPLEMENTAL BRIEF OF CONVIO, INC. RE ITS MOTION SEEKING RETURN OF CD-ROM & KINTERA'S MOTION TO BIFURCATE |
| v. | |
| CONVIO, INC., a Delaware Corporation, | |
| Defendant. | |
| CONVIO, INC., a Delaware Corporation, | |
| Counterclaimant, | |
| v. | |
| KINTERA, INC., a Delaware Corporation, and DOES 1-10, | |
| Counterdefendants. | |

1  This matter comes before the Court on Kintera, Inc.'s Motion To File Under Seal Kintera's
2  Motion To Strike And Response To Supplemental Brief Of Convio, Inc. Re Its Motion Seeking Return
3  Of CD-ROM & Kintera's Motion To Bifurcate, pursuant to paragraph 11 of the Stipulated Protective
4  Order entered in this case.

5  After considering the requesting papers and all other matters presented to the Court, and
6  finding good cause therefor,

7  IT IS HEREBY ORDERED that Kintera, Inc.'s request is GRANTED. The clerk is directed to
8  file the documents under seal.

10 Dated: __4-2__, 2004                    _____

                                           UNITED STATES DISTRICT JUDGE