AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Kevin Vanginderen

**V.**

Cornell University, Bert Deixler

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 08cv0736-BTM(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Cornell's motion for attorney's fees is granted in part and denied in part. The Court awards Cornell attorney's fees in the amount of $26, 862.50.

| March 16, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/V.Trujillo
(By) Deputy Clerk

ENTERED ON March 16, 2009

[Case Number]