








KSR    2/14/03    10:14
3:03-CR-00398    USA V. RUIZ-MORA
*7*
*CRMO.*

# Minutes of the United States District Court
## Southern District of California
### Tuesday, February 11, 2003

**For the Honorable:** James F. Stiven    Magistrate Judge

**Deputy Clerk:** Maria Mirabella

---

**On Calendar:**

03CR0398-BTM

2003M 00064-JFS

USA vs.      Lang    Booking #

(1)SALVADOR RUIZ-MORA (C)    SPA 85704-198    (1) Sylvia A. Baiz CJA 619 544-1410
DOA: 1/10/03 F/A: 1/13/03 MTD: 2/12/03

Steven E. Stone AUSA 619 557-7039

**PRELIMINARY HRG (1)**

---

**Minutes:**

Tape No: JFS03-1:739-1151

CASE TRANSFERRED TO JUDGE HOWARD B. TURRENTINE
DFT ARRAIGNED ON THE INFORMATION
DFT ENTERS NOT GUILTY PLEA
DISPO SET FOR 03-03-03 AT 9:00 A.M. BEFORE JUDGE TURRENTINE