# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Vanginderen

V.                                              **JUDGMENT IN A CIVIL CASE**

Cornell University et al

CASE NUMBER:    08cv736-BTM(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants defendant Cornell University's motion for attorney's fees in the amount of $26,862.50..................................................................................................................................
........................................................................................................................................................

| February 8, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON February 8, 2010

08cv736-BTM(JMA)