USDC SCAN INDEX SHEET

















JPP  2/27/03  15:10
3:03-CV-00400  RUBIO V. GUIRBINO
*1*
*PWRITHC.*

| | | |
|---|---|---|
| NAME TEODOCIO RUBIO SR. | 2254 X 1983 | FILED |
| PRISON NUMBER K-06143 | FILING FEE PAID Yes___ No X | 03 FEB 27 AM 9:40 |
| CURRENT ADDRESS OR PLACE OF CONFINEMENT CSP-CEN P.O BOX 931 | IFP MOTION FILED Yes X No___ | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
| CITY, STATE, ZIP CODE IMPERIAL CA, 92251 | COPIES SENT TO Court___ ProSe___ | _____ DEPUTY |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TEODOCIO RUBIO SR.,
(FULL NAME OF PETITIONER)
PETITIONER

v.

G.J GUIRBINO. WARDEN,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and

_____,
The Attorney General of the State of California, Additional Respondent.

Civil No. **'03 CV 0400 W RBB**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   SUPERIOR COURT, 250 E. MAIN ST EL CAJON. CA 92020-3941
2. Date of judgment of conviction: March 4, 1996
3. Trial court case number of the judgment of conviction being challenged: ECR012090
4. Length of sentence: LIFE

CIV 68 (Rev. Dec. 1998)                                                          K:\COMMON\FORMS\CIV-68.

5. Sentence start date and projected release date: __UNKNOWN__

6. Offense(s) for which you were convicted or pleaded guilty (all counts): __PEN.CODE 664/187__
   __PEN.CODE 198, 12022.5a, 245, 246.__

7. What was your plea? (CHECK ONE)
   (a) Not guilty    ☒
   (b) Guilty        ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury       ☒
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes  ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the <u>California Court of Appeal</u>?
    ☒ Yes  ☐ No

11. If you appealed in the <u>California Court of Appeal</u>, answer the following:
    (a) Result: __DENIED__
    (b) Date of result, case number and citation, if known: __UNKNOWN__

    (c) Grounds raised on direct appeal: __THE EVIDENCE WAS INSUFFICIENT TO SUPPORT THE FINDING THAT APPELLANT HAD THE SPECIFIC INTENT TO KILL  2. THE EVIDENCE WAS INSUFFICIENT TO SUPPORT THE FINDING THAT THE ATTEMPTING MURDER WAS DELIBERATE AND PREMEDITATED. /3. THE TRIAL COURT COMMITTED REVERSIBLE ERROR WHEN IT FAILED TO INSTRUCT THE JURY ON THE LESSER INCLUDED OFFENSE OF ASSAULT. (SEE ATTACH SHEET)__

12. If you sought further direct review of the decision on appeal by the <u>California Supreme Court</u> (e.g., a Petition for Review), please answer the following:
    (a) Result: __DENIED__
    (b) Date of result, case number and citation, if known: __JAN 15, 2003__

    (c) Grounds raised: __-SAME AS RAISED IN COURT OF COURT APPEAL__

4 APPELLANT WAS DENIED THE CONSTITIUTION RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL FAILED TO REQUEST THE TRIAL COURT TO INSTRUCT THE JURY ON ASSAULT WITH A DEADLY WEAPON AS A LESSER INCLUDED/ RELATED OFFENCE TO ATTEMPED MUDER.

5. APPELLANT WAS DEPRIVED OF HIS RIGHT TO TRIAL BY JURY GUARANTEED BY THE SIXTH AMENDMENT OF THE U.S CONSTITUTUION BECAUSE THE TRIAL COURT FAILED TO MALICE AFOREIHOUGHT.

6. THE TRIAL COURT MISCALCULATED THE AMOUNT OF CUSTODY CREDIT TO WHICH APPELLANT WAS ENITTLED.

13. If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to that petition:
    (a) Result: _____ N/A _____
    (b) Date of result, case number and citation, if known: _____
    (c) Grounds raised: _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☒ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:
    (a) California Superior Court Case Number: ECRO 12090
    (b) Nature of proceeding: hebaes corpus
    (c) Grounds raised: Petitioner recieved ineffective assistance, appellant counsel fail to raise on appeal, abuse of decretion by the trial court in motion for new trial were prosecution witness recanted there testimony viotated petitioner six amendment right. 2.Petitioner conviction for attempt first degree murder, assault with a firearm should be reversed, for prosecutors failed to disclose a (G.S.R)test, violated the fourteenth right.
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No
    (e) Result: DENIED
    (f) Date of result: UNKNOWN

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:
    (a) <u>California Court of Appeal</u> Case Number: _____
    (b) Nature of proceeding: _____

    (c) Grounds raised: _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☐ No
    (e) Result: _____
    (f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Supreme Court</u>?
    ☐ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) <u>California Supreme Court</u> Case Number: S107470
    (b) Nature of proceeding: Hebaes Corpus

    (c) Grounds raised: —SAME AS IN SUPERIOR COURT—

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No
    (e) Result: DENIED
    (f) Date of result: JAN 15, 2003

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

N/A

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

# GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE:** THE EVIDENCE WAS INSUFFICIENT TO SUPPORT THE FINDING THAT APPELLANT HAD THE SPECIFIC INTENT TO KILL.

   Supporting FACTS (state *briefly* without citing cases or law) Petitioner was convictioned of attempted murder for firing a gun at his sister-in-law. the evidence was insufficient to support the conviction. The evidence did not show that appellant had the specific intent to kill when he fired the gun. Appellant did not hit anyone with the gun fire. Appellant never indicated he was going to shoot anyone Thus, the evidence failed to show appellant was actually trying to kill anyone. There was no specific intent to kill shown.

   Did you raise **GROUND ONE** in the California Supreme Court?
   ☒ Yes ☐ No.

(b) **GROUND TWO**: THE EVIDENCE WAS INSUFFICIENT TO SUPPORT THE FINDING THAT THE ATTEMPTED MURDER WAS DELIBERATE AND PREMEDITATED.

Supporting FACTS (state *briefly* without citing cases or law): The evidence of premeditation and deliberation was insufficient to support the finding of the jury. No rational trier of fact could find beyoud a reason douth that the shooting was the result of a deliberate plan rather than a rash explosion of violence.

Did you raise GROUND TWO in the California Supreme Court?
☒ Yes ☐ No.

(c) **GROUND THREE**: THE TRIAL COURT COMMITTED REVERSIABLE ERROR WHEN IT FAILED TO INSTRUCT THE JURY ON THE LESSER INCLUDED OFFENSE OF ASSAULT.

Supporting FACTS (state *briefly* without citing cases or law): The trial court erred when it failed to instruct the jury sua sponte on assault and assault with a deadly waspon as a lesser included offenses to the attempted murder charge in court one. The trial courts failure to instruct the jury on these lesser included offence denied appellant the right to have the jury determine every material fact; therefore, the conviction must be reversed.

Did you raise GROUND THREE in the California Supreme Court?

☒ Yes ☐ No.

(d) **GROUND FOUR**: Appellant was denied the constitution right to effective assistance of counsel when counsel failed to request the trial court to instruct the jury on assault with a deadly weapon as a lesser included/related offence to attempted murder.

Supporting FACTS (state *briefly* without citing cases or law): The error committed by counsel could not have been made as part of trial tactics or strattegy. No reasonably competent attorney would have committed the same error. No competnent counsel would have failed to request the instructions since the issue in this case was appellants intent at the time he fired the shot. Counsels error was extremely prejudicial and deied appellant a fair trial. In the absence of the error, a more favorable result was probable. Appellant conviction should therefore be revered.

Did you raise GROUND FOUR in the California Supreme Court?
☒ Yes ☐ No.

## GROUND FIVE.

APPELLANT WAS DEPRIVED OF HIM RIGHT TO TRIAL BY JURY GUARANTEED BY THE SIXTH AMENDMENT OF THE U.S. CON-SITIUTIONAL TO GIVE COMPETENT JURY INSTRUCTIONS ON GIVE AFORETHOUGHT AND THUS, failed to defined attemp ED VOLUNTARY MANSLAUGHTER.

Supporting FACTS.

Appellant was denied his right to trial by jury because the trial court failed to give proper instructions on malice. As a result, the jury was not informed on the correct definition of attempted voluntary manslaughter. The court s failure to give such instructions violated the sixth amendment of the U.S constittution.

Counsel for appellant requested that the court give CALJIC No. 8.11 to define malice.(C.T. 111) The court gave other instructions on malice aforethought, but these instructions were insufficient to overcome the harm in not giving a more detailed definition of the theory.

## GROUND SEVEN.

PETITIONER CONVICTION FOR ATTEMPTED FIRST DEGREE MUDER: ASSAULT WITH A FIREARM SHOULD BE REVERSED; FOR PROSECUTION FAILED TO DISCLOSE A (G.S.R.TEST) IN VIOLATED PETITIONER FOURTEENTH AMENDMENTS RIGHT.

Supporting FACTS

In the initial pre-trial request for discouery, petitioner requested a lower court to order the prosecution to produce evidence relating to a gun shot residue test, that was performed on petitioner hands by San Diego Sheriff. The evidence that was taken; and never provided to petitioner, is in vio- of his due process rights.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: _____ N/A _____
    (b) Case Number: _____
    (c) Date action filed: _____
    (d) Nature of proceeding: _____
    _____

    (e) Grounds raised: _____
    _____
    _____
    _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: _____
    _____
    (b) At arraignment and plea: _____
    _____
    (c) At trial: _____
    _____
    (d) At sentencing: _____
    _____
    (e) On appeal: STEPHEN TEMKO 1666 Garnet Ave. San Diego, Ca 92109
    (f) In any post-conviction proceeding: _____
    _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____
    _____

## GROUND SIX.

PETITIONER RECIEVED INEFFECTIVE ASSISTANCE? APPELLANT COUNSEL FAIL TO RAISE ON APPEAL? ABUSE OF DECRETION BY THE TRIAL COURT IN MOTION FOR NEW TRIAL WERE PROSECUTION WITNESS RECANTED THERE TESTIMONY. VIOLATED PETITIONER SIX AMENDMENT RIGHT.

Supporting FACTS

Petitioner trial counsel, Lou Minor, submitted a motion for a new trial, pursuant to Pen. Code 1118. The court denied the motion. Petitioner contends that a denied a constitutional right to effective assstance of appellant counsel. Because, he failed to submitt included the, motion for new trial, in the opening briefs, that the trial court abused it decretion.

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _____N/A_____

   (b) Give date and length of the future sentence: ___N/A___
   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
_____


Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.


_____
                    SIGNATURE OF ATTORNEY (IF ANY)


I declare under penalty of perjury that the foregoing is true and correct. Executed on

___Feb 23, 2003___                    ___Teodocio Rubio___
      (DATE)                              SIGNATURE OF PETITIONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS<br><br>**TEODOCIO RUBIO, SR.** | DEFENDANTS<br><br>**G.J. GUIRBINO, WARDEN**<br>03 FEB 27 AM 10:00<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>BY: _____ DEPUTY<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>TEODOCIO RUBIO, SR. K-06143<br>CSP-CEN<br>PO BOX 931<br>IMPERIAL, CA 92251 | ATTORNEYS (IF KNOWN)<br><br>'03 CV 0400 W RBB |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____  Docket Number _____

DATE 2/27/03    SIGNATURE OF ATTORNEY OF RECORD