USDC SCAN INDEX SHEET










VLS    3/6/03    14:08
3:03-CV-00049    VERTIS INC V. SWITZER
*62*
*DOCSEAL.*



Vertis, Inc            03cv0049-JM(RBB)

-v-

Kenneth Joseph Switzer

SEALED DOCUMENT

62-Declaration

62