USDC SCAN INDEX SHEET










RXC     4/7/03     13:53
3:03-CR-00961    USA V. GUERRERO-ESPINOZA
*8*
*CRMO.*



Minutes of the United States District Court
Southern District of California
Thursday, April 3, 2003

03CR0961-L
2003M 00540-LSP

**For the Honorable:** Anthony J. Battaglia  Magistrate Judge
**Deputy Clerk:** Yolanda Madueno

On Calendar:

03CR0961-L
2003M 00540-LSP

USA vs.                                              Lang Booking #
 (1)FRANCISCO GUERRERO-ESPINOZA (C)    SPA 87558-198    (1) Bernard G. Skomal  CJA
   DOA: 03-03-2003   F/A: 03-06-2003   MPHD: 04-04-2003        619 544-1456
                                                        Shanna Dougherty  AUSA
                                                        619 557-5610

PRELIMINARY HRG (1)

Minutes:

Tape No: AJB03-01: 784-942


DFT ARRAIGNED ON THE INFORMATION.   DFT ENTERS NOT GUILTY PLEA.   DISPOSITION SET FOR 04/29/03 @ 9:30 A.M. BEFORE JUDGE GONZALEZ.



Printed:   04/04/2003   3:28 pm                                         Page 1 of 1