








MNA    4/7/03    14:07

3:03-CV-00676    GREGORY V. SPRINT SPECTRUM LP

*2*

*NTCFIN.*

Gerald L. McMahon, Esq. (SBN 036050)
Daniel E. Eaton, Esq. (SBN 144663)
L. Gordon Isen, Esq. (SBN 137841)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101
Tel: (619) 685-3003
Fax: (619) 702-6843

Mark D. Hinderks, Esq.
Daniel D. Crabtree, Esq.
William Hanna, Esq.
STINSON MORRISON HECKER LLP
9200 Indian Creek Parkway
9 Corporate Woods, Suite 450
Overland Park, Kansas 66210
Tel: (913) 451-8600
Fax: (913) 451-6352

Attorneys for Defendant
SPRINT SPECTRUM L.P.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GREGORY, on Behalf of Himself and All Others Similarly Situated, and the General Public,<br><br>    Plaintiff,<br><br>vs.<br><br>SPRINT SPECTRUM L.P., and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. '03CV 0676 POR<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST |

Pursuant to CivLR 40.2, defendant Sprint Spectrum L.P. identifies its parent corporations and all publicly held companies who own an interest of 10% or more in Sprint Spectrum L.P.:

Case No. _____

1. Sprint Corporation, a publicly held corporation, is the ultimate parent of Sprint Spectrum L.P.; and

2. No other publicly held corporation owns an interest of 10% or greater in Sprint Spectrum L.P.

Dated: April 4th, 2003

Respectfully submitted,

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By: _____
Gerald L. McMahon
Daniel E. Eaton
L. Gordon Isen
Attorneys for Defendant SPRINT SPECTRUM L.P.


STINSON MORRISON HECKER LLP
    Mark D. Hinderks
    Daniel D. Crabtree
    William Hanna
Attorneys for Defendant SPRINT SPECTRUM L.P.

Gerald L. McMahon, Esq. (SBN 036050)
Daniel E. Eaton, Esq. (SBN 144663)
L. Gordon Isen, Esq. (SBN 137841)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101
Tel: (619) 685-3003
Fax: (619) 702-6843

Mark D. Hinderks, Esq.
Daniel D. Crabtree, Esq.
William Hanna, Esq.
STINSON MORRISON HECKER LLP
9200 Indian Creek Parkway
9 Corporate Woods, Suite 450
Overland Park, Kansas 66210
Tel: (913) 451-8600
Fax: (913) 451-6352

Attorneys for Defendant
SPRINT SPECTRUM L.P.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GREGORY, on Behalf of Himself and All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT SPECTRUM L.P., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. '03CV 0676 POR<br><br>**PROOF OF SERVICE BY MAIL** |

/ / /

/ / /

I, the undersigned declare under penalty of perjury of the laws of the United States that I am over the age of eighteen years and not a party to this action, that I served the following documents:

1. CIVIL COVER SHEET

2. NOTICE OF REMOVAL OF CIVIL ACTION BASED ON FEDERAL QUESTION JURISDICTION (28 U.S.C. §§1331, 1337(a), 1441 (a), 1441 (b))

3. NOTICE OF PARTY WITH FINANCIAL INTEREST

4. NOTICE TO PLAINTIFF OF REMOVAL

on the below named person(s) by placing true copies thereof in a separate envelope, with postage fully prepaid, for each address named below, and depositing each in the United States mail, at San Diego, California, on April 4, 2003.

| | |
|---|---|
| Brian J. Robbins<br>Jeffrey P. Fink<br>ROBBINS, UMEDA & FINK, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101<br>Tel: 619.525.3990<br>Fax: 619.525.3991 | Attorney for Dennis Gregory, on Behalf of Himself and Others Similarly Situated, and the General Public |
| Andrew S. Friedman<br>William C. Wright<br>Craig Y. Iha<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC.<br>2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012<br>Tel: 602.274.1100<br>Fax: 602.274.1199 | Attorney for Dennis Gregory, on Behalf of Himself and Others Similarly Situated, and the General Public |

Executed on April 4, 2003, at San Diego, California.

_Kathi Young_
Kathi Young

2