USDC SCAN INDEX SHEET










JPP     4/9/03     10:25
3:03-CR-01006    USA V. OJEDA-GONZALEZ
*7*
*CRWV.*

1AO 455(Rev. 5/85) Waiver of Indictment

FILED

APR - 8 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARIO OJEDA-GONZALEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 03 CR 1006-IEG

I, Mario Ojeda-Gonzalez, the above named defendant, who is accused of violating Title 21, U.S.C., Secs., 952 and 960 - Importation of Marijuana (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on ____8 April 2003____ prosecution by
                                                                                                                 Date
indictment and consent that the proceeding may be by information rather than by indictment.

_MARIO OJEDA G_
Defendant

_____
Counsel for Defendant

Before _____
       JUDICIAL OFFICER