USDC SCAN INDEX SHEET

















BJR  6/13/03  15:30
3:03-CR-01077  USA V. RAMIREZ
*16*
*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Friday, June 13, 2003

2003CR01077-W

**For the Honorable:** Thomas J. Whelan   District Judge

**Deputy Clerk:** Corey Tremble   **Court Reporter/ECR:** Melissa Pierson

**On Calendar:**

2003CR01077-W

| | |
|---|---|
| USA vs. | Lang Booking # |
| (1)ZIOLA LUZ RAMIREZ (C) | SPA 85420-198   (1) Michael L. Crowley   CJA |
| P CT 1 | 619 444-8808 |
| | Sherri Walker Hobson   AUSA |
| | 619 557-5610 |

**STATUS HRG (1)**

**Minutes:**

RE-SETTING OF SENTENCING DATE

AT THE REQUEST OF THE PROBATION OFFICE, THE COURT ORDERS THE DATE OF 7/28/03 VACATED AND THE CASE CONTINUED TO 8/25/03 AT 9AM FOR PO REPORT AND SENT HRG.

CC:PROBATION

Printed: 06/13/2003 12:16 pm     Page 1 of 1