















JPP    6/18/03    15:16

3:03-CR-01677   USA V. ZARAGOZA

*5*

*CRINFO.*



FILED

JUN 1 7 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03CR1679-L |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of Marijuana |
| ERIC ZARAGOZA, | ) | (Felony) |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about May 19, 2003, within the Southern District of California, defendant ERIC ZARAGOZA, did knowingly and intentionally import approximately 33.70 kilograms (approximately 74.14 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6-17-2003 .

CAROL C. LAM
United States Attorney

JASON M. OHTA
Assistant U.S. Attorney

JVF:fer:San Diego
6/10/03