








ELC    7/10/03    9:57
3:03-M -01672    USA V. SANDOVAL-CEJA
*5*
*CRMO.*

# Minutes of the United States District Court
## Southern District of California

U.S.A. ____RAMIRO SANDOVAL-CEJA____ ( 1 ) Crim. No. _____
_____ ( ) Mag. No. ___03MG1672___
_____ ( ) _____ ( ) _____ ( )

Magistrate Judge ____LEO S. PAPAS____ Tape No. ____LSP03-1:2550-2879____

Atty __FD BY MARNIE GANOTIS - S/A__ for ( 1 ) ____ CJA ____ RET ____ PDA
Atty __MICHAEL MCCABE - N/A__ for ( 1 ) _X_ CJA ____ RET ____ PDA
Atty _____ for ( ) ____ CJA ____ RET ____ PDA
Atty _____ for ( ) ____ CJA ____ RET ____ PDA
Atty _____ Appointed for material witness(es)

____ crcsrasgn Case reassigned to Magistrate Judge _____

crars/craprntc DOA __07-07-03__ __X__ crfstapr Defendant(s) first appearance
_X_ Dft informed of charges    True name _____
____ crarr Defendant(s) arraigned   __ Not guilty all cnts   ____ crpleagu Guilty plea to counts _____
____ Juv delinquency ct(s)   __ Denial   ____ Admission
____ Dft(s) N/A   ____ crw B/W issued   crbnd Bail on B/W $ _____ P/S C/CS
____ Issuance of B/W stayed until _____   ____ crrcl B/W recalled   ____ Never issued
____ crdismcnt Case dismissed on oral motion of court/govt/dft with/without prejudice
crbnd Bail set _____   __ crhld 18:3142(d) hold until _____
__ crmwbnd M/W bail set $1,000 P/S + 10% cash _X_ cromd Govt oral mot for detention _ crbnd No bail set
_X_ crsched1Detention   _X_ set for __07-11-03__ at __9:30__ AM   ____ held
Govt oral motion for detention ____ granted ____ denied
____ crrul Govt to prepare detention ord by _____   _X_ Risk of flight
Bond ____ crbndexo Exonerated ____ crbndrvk Revoked   ____ crbndfrft Forfeited
                ____ crbnd Reinstated   ____ crbnd Forft set aside
crsched1Case set for __07-22-03__ @ __9:30__ AM before Magistrate Judge ____PAPAS____
   _X_ Preliminary exam   ____ Motion setting   ____ Motion hrg/trial setting
   ____ Removal/identity hrg   ____ Status hearing re _____
   ____ Psych exam status   ____ Dispo   ____ Other _____
   ____ Accept plea/PO report/sentencing   ____ Referred to probation
   ____ Accept plea w/o PO report/sentencing

Other: **GOVT ORAL MOTION TO UNSEAL COMPLAINT - GRANTED.**
            Case
Date: __07-08-03__            Deputy: _____MJM_____