# USDC SCAN INDEX SHEET

















```
CSG     7/16/03    7:45
3:03-CR-01936    USA V. RAMIREZ-GUZMAN
*7*
*CRNTCHRG.*
```



FILED
2003 JUL 15 PM 1:59
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>AGUSTIN RAMIREZ-GUZMAN,(C)<br><br>　　　　　　　　　　　Defendant. | CASE NO. 03CR1936-GT<br><br>NOTICE OF HEARING:<br>CHANGING DATE AND TIME OF<br>CALENDARED MATTER |

On Defense own motion, the hearing set for **7-25-03** at **9:00 A.M.**, for **DISPOSITION** before District Judge Gordon Thompson, Jr is vacated. Case is **TRANSFERRED BACK** to District Judge Jeffrey T. Miller and reset for **8-22-03 at 2:00 P.M.** before District Judge Jeffrey T. Miller for **MOTION HEARING/TRIAL SETTING.**

　　　　　　　　　　　　　GORDON THOMPSON, JR.
　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　By: RENEE GREEN
　　　　　　　　　　　　　　　Courtroom Deputy
　　　　　　　　　　　　　　　619-557-7486