USDC SCAN INDEX SHEET










RYC     7/31/03    11:08
3:03-CV-00575    SHIELDS V. BROWN
*33*
*MO.*

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: *Shields v. Brown*                                  Case No: 03cv0575 L (JAH)

HON. John A. Houston          CT. DEPUTY Larry McDowell          Rptr. _____

Present

Plaintiff(s): n/a

Defendant(s): n/a

At the request of the parties, and good cause appearing, the settlement conference set for July 29, 2003 at 9:30 a.m. is vacated and a telephonic case management conference will be held at the same date and time. Defendant will initiate the conference call.

DATE: 7/28/03                                             INITIALS: LM Deputy

cc: Judge Lorenz