USDC SCAN INDEX SHEET










JOEH    8/13/03    12:55
3:03-CV-00290   MEANS V. SAN DIEGO COUNTY OF
*19*
*O.*

JOHN J. SANSONE, County Counsel
County of San Diego
By L. EARL LIGON, Senior Deputy (State Bar No. 059668)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4871
Facsimile: (619) 531-6005

Attorneys for Defendants County of San Diego (erroneously sued as the "County of San Diego by and through San Diego County Department of Health & Human Services"), Roberto Calderon, Renee Henderson, Hal Melowitz, and Sue Olin

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS C. MEANS; MICHELLE M. CLAYDON; RYLAND MEANS, a minor by and through his Guardian Ad Litem, MICHAELLE M. CLAYDON; NICHOLE LARRABEE, a minor by and through her Guardian Ad Litem, MICHELLE M. CLAYDON; JONATHAN LARRABEE, a minor by and through his Guardian Ad Litem, MICHELLE M. CLAYDON, ANDREW CLAYDON, a minor by and through his Guardian Ad Litem MICHELLE M. CLAYDON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, by and through SAN DIEGO COUNTY DEPARTMENT OF HEALTH & HUMAN SERVICES; ROBERTO CALDERON; RENEE HENDERSON; HAL (LAST NAME UNKNOWN); SUE OLIN; CITY OF SAN DIEGO; and DOES 1-500, Inclusive,<br><br>Defendants. | No. 03CV-0290-JM(RBB)<br><br>EXPARTE APPLICATION AND ORDER TO EXCUSE DEFENDNAT HAL MELOWITZ FROM THE CASE MANAGEMENT/SETTLEMENT CONFERENCE SET FOR AUGUST 13, 2003<br><br>Courtroom: C<br><br>The Honorable Magistrate Judge Ruben B. Brooks |

Defendant, Hal Melowitz, applies ex parte for an order authorizing him to be excused from personally appearing at the Case Management /Settlement Conference currently scheduled for August 13, 2003, before this Court. Defendant Hal Melowitz is having gallbladder surgery

03CV-0290-JM(RBB)

on August 8, 2003, and will be incapacitated for a number of days. The Office of County Counsel notified Mr. Leehey's office and they have no objection to Mr. Melowitz being excused.

The remaining served defendants will be attending the Case Management /Settlement Conference and will be prepared to provide the Court with all percipient information.

DATED: 8/7/03

JOHN J. SANSONE, County Counsel

By /s/ Deborah A. McCarthy for
L. EARL LIGON, Senior Deputy
Attorneys for Defendants County of San Diego (erroneously sued as "County of San Diego, by and through San Diego County Department of Health & Human Services); Roberto Calderon; Renee Henderson; Hal Melowitz; and Sue Olin

The Court, having read and considered the papers presented herein,

IT IS HEREBY ORDERED that defendant's application for defendant Hal Melowitz to be excused from personal attendance at the Case Management /Settlement Conference currently scheduled for August 13, 2003, is hereby granted.

RUBEN B. BROOKS, Magistrate Judge
United States District Court

2

# PROOF OF SERVICE BY U.S. MAIL
(CCP 1013a(3) & 2015.5(b))

I, ELLIE MARIE ELLIOT, declare that: I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I caused to be served the following documents:

**EXPARTE APPLICATION AND ORDER TO EXCUSE DEFENDANT HAL MELOWITZ FROM THE CASE MANAGEMENT/SETTLEMENT CONFERENCE SET FOR AUGUST 13, 2003,**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**See attached Service List**

I then sealed each envelope and, with the postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2003

_____
ELLIE MARIE ELLIOT

Re: Douglas C. Means, et al. v. County of San Diego, et al.
United States District Court No. 03CV-0290-JM(RBB)

PROOF OF SERVICE BY U.S. MAIL

## SERVICE LIST

Donnie R. Cox, Esq.
Dennis B. Atchley, Esq.
Law Office of Donnie R. Cox
402 North Nevada Street
Oceanside, California 92054
Telephone: (760) 400-0263
Facsimile: (760) 400-0269
(Attorneys for Plaintiffs)

Paul W. Leehey, Esq.
205 West Alvarado Street
Fallbrook, California 92028
Telephone: (760) 723-0711
Facsimile: (760) 723-6533
(Attorneys for Plaintiffs)

**PROOF OF SERVICE BY U.S. MAIL**