








KAT    8/13/03    7:40

2:03-M -08643   USA V. URIAS

*1*

*CRCMP.*

FILED

AUG 12 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No: **03 mg 8643** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v | 21 U.S.C. § 952 and 960 |
| Agustin URIAS, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 9, 2003, within the Southern District of California, defendant Agustin URIAS did knowingly and intentionally import approximately .76 kilograms (1.67 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Bureau of Immigration &
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF AUGUST 2003.

_____
ROGER T. BENITEZ
UNITED STATES MAGISTRATE JUDGE

1

UNITED STATES OF AMERICA
v.
Agustin URIAS

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to Bureau of Immigration and Customs Enforcement Special Agent James W. Sutton.

On August 9, 2003, at approximately 2303 hours, Agustin URIAS attempted to enter the United States from the Republic of Mexico via the West Calexico, California, Port of Entry. URIAS was the driver and sole occupant of a 1991 Chevrolet Pick-Up bearing California license plate number 4K26064, registered to another person.

At the primary inspection area, Bureau of Customs and Border Protection Inspector (CBPI) noticed what appeared to be a package wrapped in brown postal tape under the bench seat of the pick-up. Suspecting that the package contained contraband narcotics, CBPI Zeros attempted to walk URIAS from the pick-up truck to the vehicle secondary office pending further inspection. As they walked, URIAS broke away from CBPI Zeros' grasp and fled on foot into Mexico.

A subsequent inspection of the vehicle driven by URIAS revealed one (1) package hidden under the bench seat. The package was probed producing a green leafy substance which field-tested positive for marijuana. The package had a weight of approximately .76 kilograms or 1.67 pounds of marijuana.

On August 11, 2003, URIAS turned himself in to Special Agent James Sutton. URIAS was advised of his Miranda Rights and elected to invoke his right to remain silent. No questioning was conducted. URIAS was transported to the Imperial County Jail

| 1 | pending his appearance before a United States Magistrate Judge.
| 2 | It should be noted that URIAS is on supervised release
| 3 | resulting from a January 18, 2001, conviction for importing
| 4 | approximately 44.45 kilograms of marijuana into the United States
| 5 | at the Calexico East Port of Entry.