USDC SCAN INDEX SHEET










TKL    8/20/03    9:43
3:03-CV-01347    PRESS V. PHILLIP MORRIS INC
*11*
*MO.*

cal__

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Press v. Phillip Morris, Inc.                                      Case No: 03cv1347 BTM (AJB)

HON. Anthony J. Battaglia          CT. DEPUTY Yolanda Madueno                Rptr.

Present

Plaintiff(s): N/A

Defendant(s): N/A


On July 21, 2003 Magistrate Judge Ruben Brooks transferred this matter to the case list of Magistrate Judge Adler. On August 12, 2003, Judge Adler recused himself from this case, and it was reassigned to Magistrate Judge Battaglia. As this case originated with Judge Brooks, the Clerk's Office is directed to reassign it back to Judge Brooks. The new case number should read 03cv1347 BTM(RBB).

DATE: August 18, 2003                                                    INITIALS: YM  Deputy

cc: Judge Moskowitz

03cv1347