USDC SCAN INDEX SHEET










MNA     8/20/03     11:31
3:03-CR-02308    USA V. SALDANA-GONZALEZ
*8*
*CRWV.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RAFAEL SALDANA-GONZALEZ

WAIVER OF INDICTMENT

**FILED** AUG 19 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 03CR2308-IEG

I, RAFAEL SALDANA-GONZALEZ, the above named defendant, who is accused of Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 19 August 2003 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Rafael A. Saldana_
Defendant

_Kurt D. Hermansen_
Counsel for Defendant

Before _____
JUDICIAL OFFICER