```
 1  CAROL C. LAM
    United States Attorney
 2  TIMOTHY F. SALEL
    Assistant U.S. Attorney
 3  California State Bar No. 163597
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6074

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
2006 SEP 13 AM 9:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06CR0920-W |
| Plaintiff, | |
| v. | APPLICATION FOR ORDER SHORTENING TIME AND ORDER THEREON |
| ROBERT B. MARSHALL, | |
| Defendant. | |

COMES NOW, the plaintiff, UNITED STATE OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby moves this court for an order shortening time to allow the filing of the Government's Response and Opposition To Defendant's Request For Departures and Sentencing Memorandum.

This application is made for the following reason:

(1) Undersigned counsel could not timely file the Government's Response and Opposition because he only received Defendant's Request For Departures and Sentencing Memorandum last Thursday afternoon, September 7, 2006. At that time, undersigned counsel was busy working on an appeal and three back-to-back trials.

1     (2) To minimize the inconvenience caused by the late-filed pleading, undersigned counsel requested that the response and opposition be hand-delivered to chambers and faxed to defense counsel.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 9/11/06

TIMOTHY F. SALEL
Assistant U.S. Attorney